FILED
JAN 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

In The United States District Court For The

DISTRICT OF COLUMBIA

Emanuel Brown
_____

Petition/Plantiff

The Wachovia Bank, et al./U.S. Attorney General Alberto Gonzales/ U.S. Department of Justice/U.S. Bureau of Prisons/U.S. Probation Dept.

Case Number: __06 0153__

Respondent(s)/Defendant(s)

I, __Emanuel Brown, et, al.__, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   Employed in Unicor/ $53.00-57.00 per month

2. If you are NOT PRESENTLY EMPOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

3. Have you ever received, within the past twelve months, any money from any of the following sources?

   | | | YES | NO |
   |---|---|---|---|
   | a. | Business, profession, or form of self-employment? | YES__ | NO X |
   | b. | Rent payments, interest, or dividends? | YES__ | NO X |
   | c. | Pensions, annuities, or life insurance payments? | YES__ | NO X |
   | d. | Gifts or inheritances? | YES__ | NO X |
   | e. | Any form of public assistance? | YES__ | NO X |
   | f. | Any other sources? | YES X | NO__ |

RECEIVED
JAN 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

**Received about $100.00-150.00 from Family Members:**

4. Do you own any cash or do you have money in a checking or savings account?

   YES **X**       NO____       (Including any funds in prison accounts)

   If the answer is yes, state the total value owned.

   **Willow Grove Federal Savings/About $65.00 in present account.**

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?

   YES____       NO **X**

   If the answer is yes, describe the property and state its approximate value.

   **N/A**

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

   **N/A**

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

   **N/A**

8. State any special financial circumstances which the court should consider in this application.

   **N/A**

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

Signed this _1st_ day of _JANUARY_, _2006_

_Emanuel Brown_
**(Signature)**

## CERTIFICATE
(Prisoner Accounts Only)

I hereby certify that the petitioner herein has the sum of $0.48 on account to his credit at the <u>Federal Correctional Institution - Schuylkill, Pennsylvania</u> institution where he is currently confined. I am providing a copy of the <u>PRISON TRUST FUND ACCOUNT STATEMENT FOR INMATE EMANUEL BROWN, REG. NO. 00594-158</u>.

December 28, 2005

Authorized Officer of Institution

Date: 12/28/2005
Time: 10:33:23 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: SCH

Start Date: 03/28/2005
End Date: 12/28/2005
Inmate Reg#: 00594158
Account Status: All
Institution: All

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 00594158 | Living Quarters: | A07-208L |
| Inmate Name: | BROWN, EMANUEL | Arrived From: | |
| Current Site Name: | Schuylkill FCI | Transferred To: | |
| Housing Unit: | 1 | Account Creation Date: | 3/1/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SCH | 04/04/2005 12:41:49 PM | 5IS02601 | | | Payroll - UNICOR | $17.60 | | $17.82 |
| SCH | 04/07/2005 11:01:44 AM | 11 | | | Sales | ($6.45) | | $11.37 |
| SCH | 04/07/2005 05:18:27 PM | 156 | | | Sales | ($11.05) | | $0.32 |
| SCH | 05/03/2005 02:32:12 PM | 5IS02701 | | | Payroll - UNICOR | $38.64 | | $38.96 |
| SCH | 05/04/2005 06:14:04 PM | ITS0504 | | | ITS Withdrawal | ($8.00) | | $30.96 |
| SCH | 05/05/2005 05:29:54 PM | 152 | | | Sales | ($21.39) | | $9.57 |
| SCH | 05/05/2005 05:39:02 PM | 159 | | | Sales | ($5.40) | | $4.17 |
| SCH | 05/11/2005 11:14:51 AM | 19 | | | Sales | ($4.00) | | $0.17 |
| SCH | 05/16/2005 05:49:00 AM | 70132703 | | | Lockbox - CD | $50.00 | | $50.17 |
| SCH | 05/16/2005 07:01:18 PM | ITS0516 | | | ITS Withdrawal | ($15.00) | | $35.17 |
| SCH | 05/17/2005 10:57:46 AM | 8 | | | Sales | ($9.00) | | $26.17 |
| SCH | 05/19/2005 05:25:21 PM | 131 | | | Sales | ($21.65) | | $4.52 |
| SCH | 05/23/2005 10:50:23 AM | 4 | | | Sales | ($4.00) | | $0.52 |
| SCH | 06/02/2005 02:31:40 PM | 5IS02801 | | | Payroll - UNICOR | $40.37 | | $40.89 |
| SCH | 06/02/2005 05:45:45 PM | 155 | | | Sales | ($31.52) | | $9.37 |
| SCH | 06/09/2005 05:38:18 PM | 113 | | | Sales | ($9.10) | | $0.27 |
| SCH | 07/06/2005 08:03:44 AM | 5IS02901 | | | Payroll - UNICOR | $42.67 | | $42.94 |
| SCH | 07/07/2005 06:13:56 PM | 56 | | | Sales | ($35.60) | | $7.34 |
| SCH | 07/11/2005 05:52:16 AM | 70136503 | | | Lockbox - CD | $50.00 | | $57.34 |
| SCH | 07/12/2005 05:43:53 PM | ITS0712 | | | ITS Withdrawal | ($7.00) | | $50.34 |
| SCH | 07/14/2005 05:58:07 PM | 171 | | | Sales | ($31.90) | | $18.44 |

06 0153
FILED
JAN 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1

Date: 12/28/2005  
Time: 10:33:24 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: SCH

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 00594158 | Living Quarters: | A07-208L |
| Inmate Name: | BROWN, EMANUEL | Arrived From: | |
| Current Site Name: | Schuylkill FCI | Transferred To: | |
| Housing Unit: | 1 | Account Creation Date: | 3/1/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SCH | 07/21/2005 05:36:14 PM | 26 | | | Sales | ($17.90) | | $0.54 |
| SCH | 08/02/2005 11:40:28 AM | 5IS03001 | | | Payroll - UNICOR | $38.53 | | $39.07 |
| SCH | 08/04/2005 05:35:23 PM | 140 | | | Sales | ($30.70) | | $8.37 |
| SCH | 08/04/2005 05:36:18 PM | 141 | | | Sales | $0.10 | | $8.47 |
| SCH | 08/10/2005 10:54:45 AM | 5 | | | Sales | ($8.00) | | $0.47 |
| SCH | 09/06/2005 07:51:57 AM | 5IS03101 | | | Payroll - UNICOR | $42.09 | | $42.56 |
| SCH | 09/06/2005 10:56:19 AM | 3 | | | Sales | ($11.29) | | $31.27 |
| SCH | 09/08/2005 06:01:18 PM | 140 | | | Sales | ($21.45) | | $9.82 |
| SCH | 09/08/2005 06:08:29 PM | 144 | | | Sales | ($2.80) | | $7.02 |
| SCH | 09/15/2005 11:07:25 AM | 26 | | | Sales | ($7.00) | | $0.02 |
| SCH | 10/04/2005 08:04:03 AM | FIS02001 | | | Payroll - UNICOR | $53.65 | | $53.67 |
| SCH | 10/06/2005 05:57:24 PM | 100 | | | Sales | ($46.20) | | $7.47 |
| SCH | 10/09/2005 05:43:26 AM | 70142902 | | | Lockbox - CD | $50.00 | | $57.47 |
| SCH | 10/13/2005 11:12:37 AM | 12 | | | Sales | ($39.86) | | $17.61 |
| SCH | 10/13/2005 05:52:11 PM | 115 | | | Sales | ($4.70) | | $12.91 |
| SCH | 10/18/2005 11:15:05 AM | 26 | | | Sales | ($3.65) | | $9.26 |
| SCH | 10/20/2005 05:27:13 PM | 133 | | | Sales | ($6.00) | | $3.26 |
| SCH | 10/23/2005 01:07:51 PM | ITS1023 | | | ITS Withdrawal | ($3.00) | | $0.26 |
| SCH | 11/02/2005 01:10:20 PM | FIS02104 | | | Payroll - UNICOR | $57.79 | | $58.05 |
| SCH | 11/03/2005 05:42:04 PM | 38 | | | Sales | ($27.85) | | $30.20 |
| SCH | 11/07/2005 11:29:06 AM | 7 | | | Sales | ($14.30) | | $15.90 |
| SCH | 11/09/2005 07:08:05 PM | 236 | | | Sales | ($15.35) | | $0.55 |
| SCH | 12/02/2005 11:16:52 AM | FIS02201 | | | Payroll - UNICOR | $56.07 | | $56.62 |
| SCH | 12/03/2005 02:17:29 PM | ITS1203 | | | ITS Withdrawal | ($6.00) | | $50.62 |
| SCH | 12/08/2005 06:25:39 PM | 158 | | | Sales | ($43.80) | | $6.82 |
| SCH | 12/21/2005 11:03:10 AM | 6 | | | Sales | ($6.34) | | $0.48 |
| | Total Transactions: | 47 | | | Totals: | $0.26 | $0.00 | |

Date: 12/28/2005
Time: 10:33:24 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: SCH

### General Information

| | | |
|---|---|---|
| Inmate Reg#: | 00594158 | Living Quarters: A07-208L |
| Inmate Name: | BROWN, EMANUEL | Arrived From: |
| Current Site Name: | Schuylkill FCI | Transferred To: |
| Housing Unit: | 1 | Account Creation Date: 3/1/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SCH | $0.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.48 |
| Totals: | $0.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.48 |

Page 3