IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

FILED

JAN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 0153

| | |
|---|---|
| Emanuel Brown, et, al./Plaintiff | Civil Action _____ |
| V. | RICO Civil Remedies Action |
| Wachovia Bank, et, al./Defendant | 18 U.S.C.A.§1962(a) |
| U.S. Attorney General Alberto Gonzales/Defendant | 18 U.S.C.A.§1962(c) |
| U.S. Department of Justice/Defendant | 18 U.S.C.A.§1964(a) |
| U.S. Bureau of Prisons Director Harley G. Lappin/Defendant | 18 U.S.C.A.§1962(d) |
| U.S. Probation Department/Defendant, and other named and unamed John & Jane Doe's | 18 U.S.C.A.§1031(a)(1) & (2) |
| | 18 U.S.C.A.§371 |
| | 18 U.S.C.A.§1341 |
| | 18 U.S.C.A.§4. |
| | 18 U.S.C.A.§3579(e)(1) |
| | 18 U.S.C.A.§3663(e)(1) |
| | 28 U.S.C.A.§1331, 1332(a) |
| | 28 U.S.C.A.§1343(a)(1)-§1391(a) |
| | Federal Rules of Civil Procedure Rule (23) |
| | Jury Trial Requested |
| | Request For The Appointment of Counsel |

3

<u>Plaintiff's Motion For
The Appointment of Counsel
Pursuant To 28 U.S.C. §1915
(e)(1):</u>

Now Comes, the Plaintiff, Emanuel Brown, et, al., pro-se, who respectfully moves this Honorable Court pursuant to **28 U.S.C.A. 1915(e)(1)** for the Court's consideration in the appointment of counsel to represent the plaintiff's in this civil (RICO) action for the following reasons:

(1) The Plaintiff is unable to afford private counsel to represent him, et, al., in these procedings.

(2) The Plaintiff needs the professional legal assistance of an Attorney at-Law, who has experience in litigating Class Action Lawsuits:

(3) The legal issues raised in the complaint are of Constitutional and statutory law and too complex for a Plaintiff untrained in the law:

(4) The Plaintiff understands that appointment of experienced counsel in this case could provide the court with the legal assistance and guidance of trained counsel, as well as conduct any other matters related to the procedings of discovery and necessary depositions of any and all defendant's:

Dated_____

Respectfully Submitted
Emanuel Brown, et, al.
Plaintiff/Pro-Se
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

_Emanuel Brown_
Signature