**FILED**

JAN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMANUEL BROWN, )<br><br>Plaintiff, )<br><br>v. )<br><br>WACHOVIA BANK, *et al.*, )<br><br>Defendants. ) | Civil Action No.  06 0153 |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it

is

FURTHER ORDERED that the complaint is DISMISSED with prejudice.  This is a final

appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: 1-24-06

5