

Emanuel Brown
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

ATTN: Clerk of Court
United States Court of Appeals
For THe District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001.                    **February 5, 2006**

RE: **Appeal of Dismissal Order No. 06-0153**

Dear Clerk of Court;

    Please be advised that I received a <u>Final Order</u> (Dismissal With Prejudice) from the U.S. District Court <u>for the District</u> of Columbia, relating to a Class Action Civil Lawsuit, I filed on or about January 1, 2006. I do not know the name of the United States District Court Judge who signed this particular final order.

However, I believe I have the legal right to appeal this dismissal order, under **Fed. R. App. P. 4(a).** I would appreciate it very much if your office could send me a copy of your appellate rules of procedure, and please inform me as to how much time I have to file an official appeal and or memorandum of law with the Court of Appeals for the District of Columbia.

The dismissal order was filed on January 30, 2006. Dated 1-24-06. Also, the district court granted permission for me to proceed <u>in forma pauperis</u>, and I would like to know if I must file a new Forma Pauperis application with the Appeals Court. I thank you in advance for your time and cooperation.

                                   Sincerely,

                                   Emanuel Brown

                                   Emanuel Brown