# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

Emanuel Brown
Appellant
v.

USCA No. 06-5047

Wachovia Bank, et al.,
Appellees

USDC No. 06-0153 UNA

FILED
MAR 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, Emanuel Brown/Appellant, declare that I am the

☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

The U.S. District Court abused its discretion when it dismissed the Appellant's petition, without considering the fact that (Defendant's, Attorney General, Alberto Gonzales, and BOP Director Harley G. Lappin were sued in their individual capacities:

See Page (4)

Signature Emanuel Brown

Name of *Pro Se* Litigant (PRINT) Emanuel Brown

Address P.O. Box 759 #00594-158

Minersville, Pa. 17954.

Submit original with a certificate of service to:

Clerk, U.S. Court of Appeals
for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

**Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis**

United States Court of Appeals for the District of Columbia Circuit

Emanuel Brown/Appellant

Case No. 06-5047

v.

Wachovia Bank, et al.,/Appellees

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Signed:** Emanuel Brown

**Date:** March 14, 2006

**My issues on appeal are:**

2) The U.S. District Court abused its discretion when it dismissed the Appellant's petition in its entirety, which included the private Appellee, the Wachovia Bank:

3) The U.S. District abused its discretion when it dismissed the Appellant's petition, using an incorrect statement of facts:

4) This Honorable Court must decide if (Donahue V. F.B.I., 204 F. Supp. 2d 169, (D.Mass.2002), is legally binding on the U.S. District Courts for the District of Columbia:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| **Income source** | **Average monthly amount during the past 12 months** | | **Amount expected next month** | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 30-55.00 | $ N/A | $ 55-60.00 | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ 200-250 | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): _________ | $ N/A | $ N/A | $ N/A | $ N/A |
| Total monthly income: | $ 50-60.00 | $ N/A | $ N/A | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| U.S. Bureau of Prisons/Unicor | | 3/6/05-3/6/06 | $50.00-60.00 |
| P.O. Box 759 | F.C.I. Schuylkill | | |
| Minersville, | Pa. 17954. | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 6.94

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| **Financial Institution** | **Type of Account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle # 1 N/A (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration #. N/A |

| Motor vehicle #2 N/A (Value) | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & year N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration #: N/A | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Wachovia Bank | $82, 365.85 | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| **Name** | **Relationship** | **Age** |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

| | You | | Spouse |
|---|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | | $ N/A |
| Are real-estate taxes included? | [ ] Yes | [ ] No | N/A |
| Is property insurance included? | [ ] Yes | [ ] No | N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | | $ N/A |
| Food | $ N/A | | $ N/A |
| Clothing | $ N/A | | $ N/A |
| Laundry and dry-cleaning | $ N/A | | $ N/A |
| Medical and dental expenses | $ N/A | | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | | $ N/A |
| Homeowner's or renter's | $ N/A | | $ N/A |
| Life | $ N/A | | $ N/A |
| Health | $ N/A | | $ N/A |
| Motor Vehicle | $ N/A | | $ N/A |
| Other: N/A | $ N/A | | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): N/A | $ N/A | | $ N/A |
| Installment payments | $ N/A | | $ N/A |
| Motor Vehicle | $ N/A | | $ N/A |
| Credit card (name): N/A | $ N/A | | $ N/A |
| Department store (name): N/A | $ N/A | | $ N/A |
| Other: N/A | $ N/A | | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | | $ N/A |
| Other (specify): N/A | $ N/A | | $ N/A |
| Total monthly expenses: | $ N/A | | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[x] Yes [ ] No If yes, describe on an attached sheet. **(A raise in Unicor Pay)**

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?\

[ ] Yes [x] No

If yes, how much? $ **N/A**

If yes, state the attorney's name, address, and telephone number:

**N/A**
**N/A**
**N/A**

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [x] No

If yes, how much? $ **N/A**

If yes, state the person's name, address, and telephone number:

**N/A**
**N/A**
**N/A**

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I cannot pay the entire $255.00 filing fee all at one time, but I should be able to pay this amount in monthly installments, via the 20% monthly payments required by statute. **28 U.S.C.§1915.**

13. State the address of your legal residence.

**F.C.I. Schuylkill**
**P.O. Box 759 #00594-158**
**Minersville, Pa. 17954.**

Your daytime phone number: ( **N/A** ) **N/A**
Your age: **57** Your years of schooling: **G.E.D**
Your social-security number: **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**

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 06-5047

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Emanuel Brown, # 00594-158 consent for the appropriate prison officials to withhold from my prison account and pay to the U.S. District Court an initial payment of 20% of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 per cent of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $255.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

Emanuel Brown

SIGNATURE OF APPELLANT

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

## PRISONER TRUST ACCOUNT REPORT

Name: Emanuel Brown, Registration #: 00594-158

**TO:** Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the D.C. Circuit
**RE:** No. 06-5047

Under the Prison Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the Trust Officer of each institution in which the prisoner was confined during the preceding six months, a certified copy of the prisoner's trust account statement for the six months prior to filing of the appeal. 28 U.S.C. § 1915(a)(2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of October 25, 2004.

**DATE OF FILING NOTICE OF APPEAL:** February 9, 2006

**Balance at time of filing of notice of appeal:** ______________________

**AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the notice of appeal:** ______________________

**AVERAGE MONTHLY BALANCE during the six months prior to filing of the notice of appeal:** ______________________

I certify under penalty of perjury that the above information accurately states the deposits and balances in applicant's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: ____________

AUTHORIZED SIGNATURE: ______________________________________

TITLE: ____________________________________________________

trustact.ifp 4/1/99

CERTIFICATE
(Prisoner Accounts Only)

I hereby certify that the petitioner herein has the sum of $0.75 on account to his credit at the Federal Correctional Institution - Schuylkill, Pennsylvania institution where he is currently confined. The average daily balance for the past six months is $10.41. I am providing a copy of the PRISON TRUST FUND ACCOUNT STATEMENT FOR INMATE EMANUEL BROWN, REG. NO. 00594-158.

March 10, 2006

Authorized Officer of Institution

Date: 03/10/2006
Time: 10:19:05 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: SCH

**Start Date:** 06/10/2005
**End Date:** 03/10/2006
**Inmate Reg#:** 00594158
**Account Status:** All
**Institution:** All

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 00594158 | Living Quarters: | A07-208L |
| Inmate Name: | BROWN, EMANUEL | Arrived From: | |
| Current Site Name: | Schuylkill FCI | Transferred To: | |
| Housing Unit: | 1 | Account Creation Date: | 3/1/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SCH | 07/06/2005 08:03:44 AM | 5IS02901 | | | Payroll - UNICOR | $42.67 | | $42.94 |
| SCH | 07/07/2005 06:13:56 PM | 56 | | | Sales | ($35.60) | | $7.34 |
| SCH | 07/11/2005 05:52:16 AM | 70136503 | | | Lockbox - CD | $50.00 | | $57.34 |
| SCH | 07/12/2005 05:43:53 PM | ITS0712 | | | Phone Withdrawal | ($7.00) | | $50.34 |
| SCH | 07/14/2005 05:58:07 PM | 171 | | | Sales | ($31.90) | | $18.44 |
| SCH | 07/21/2005 05:36:14 PM | 26 | | | Sales | ($17.90) | | $0.54 |
| SCH | 08/02/2005 11:40:28 AM | 5IS03001 | | | Payroll - UNICOR | $38.53 | | $39.07 |
| SCH | 08/04/2005 05:35:23 PM | 140 | | | Sales | ($30.70) | | $8.37 |
| SCH | 08/04/2005 05:36:18 PM | 141 | | | Sales | $0.10 | | $8.47 |
| SCH | 08/10/2005 10:54:45 AM | 5 | | | Sales | ($8.00) | | $0.47 |
| SCH | 09/06/2005 07:51:57 AM | 5IS03101 | | | Payroll - UNICOR | $42.09 | | $42.56 |
| SCH | 09/06/2005 10:56:19 AM | 3 | | | Sales | ($11.29) | | $31.27 |
| SCH | 09/08/2005 06:01:18 PM | 140 | | | Sales | ($21.45) | | $9.82 |
| SCH | 09/08/2005 06:08:29 PM | 144 | | | Sales | ($2.80) | | $7.02 |
| SCH | 09/15/2005 11:07:25 AM | 26 | | | Sales | ($7.00) | | $0.02 |
| SCH | 10/04/2005 08:04:03 AM | FIS02001 | | | Payroll - UNICOR | $53.65 | | $53.67 |
| SCH | 10/06/2005 05:57:24 PM | 100 | | | Sales | ($46.20) | | $7.47 |
| SCH | 10/09/2005 05:43:26 AM | 70142902 | | | Lockbox - CD | $50.00 | | $57.47 |
| SCH | 10/13/2005 11:12:37 AM | 12 | | | Sales | ($39.86) | | $17.61 |
| SCH | 10/13/2005 05:52:11 PM | 115 | | | Sales | ($4.70) | | $12.91 |
| SCH | 10/18/2005 11:15:05 AM | 26 | | | Sales | ($3.65) | | $9.26 |

Date: 03/10/2006
Time: 10:19:06 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: SCH

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 00594158 | Living Quarters: | A07-208L |
| Inmate Name: | BROWN, EMANUEL | Arrived From: | |
| Current Site Name: | Schuylkill FCI | Transferred To: | |
| Housing Unit: | 1 | Account Creation Date: | 3/1/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SCH | 10/20/2005 05:27:13 PM | 133 | | | Sales | ($6.00) | | $3.26 |
| SCH | 10/23/2005 01:07:51 PM | ITS1023 | | | Phone Withdrawal | ($3.00) | | $0.26 |
| SCH | 11/02/2005 01:10:20 PM | FIS02104 | | | Payroll - UNICOR | $57.79 | | $58.05 |
| SCH | 11/03/2005 05:42:04 PM | 38 | | | Sales | ($27.85) | | $30.20 |
| SCH | 11/07/2005 11:29:06 AM | 7 | | | Sales | ($14.30) | | $15.90 |
| SCH | 11/09/2005 07:08:05 PM | 236 | | | Sales | ($15.35) | | $0.55 |
| SCH | 12/02/2005 11:16:52 AM | FIS02201 | | | Payroll - UNICOR | $56.07 | | $56.62 |
| SCH | 12/03/2005 02:17:29 PM | ITS1203 | | | Phone Withdrawal | ($6.00) | | $50.62 |
| SCH | 12/08/2005 06:25:39 PM | 158 | | | Sales | ($43.80) | | $6.82 |
| SCH | 12/21/2005 11:03:10 AM | 6 | | | Sales | ($6.34) | | $0.48 |
| SCH | 01/04/2006 09:56:32 AM | FIS02301 | | | Payroll - UNICOR | $54.17 | | $54.65 |
| SCH | 01/05/2006 06:52:12 PM | 158 | | | Sales | ($34.05) | | $20.60 |
| SCH | 01/05/2006 07:03:57 PM | 167 | | | Sales | ($5.00) | | $15.60 |
| SCH | 01/10/2006 11:06:41 AM | 18 | | | Sales | ($7.00) | | $8.60 |
| SCH | 01/11/2006 11:12:50 AM | 6 | | | Sales | ($7.40) | | $1.20 |
| SCH | 01/24/2006 05:44:12 AM | 70149901 | | | Lockbox - CD | $40.00 | | $41.20 |
| SCH | 01/25/2006 07:12:34 PM | ITS0125 | | | Phone Withdrawal | ($6.00) | | $35.20 |
| SCH | 01/26/2006 06:16:31 PM | 126 | | | Sales | ($34.90) | | $0.30 |
| SCH | 02/02/2006 01:19:25 PM | FIS02401 | | | Payroll - UNICOR | $54.17 | | $54.47 |
| SCH | 02/08/2006 11:18:45 AM | 17 | | | Sales | ($11.80) | | $42.67 |
| SCH | 02/09/2006 06:05:09 PM | 155 | | | Sales | ($28.70) | | $13.97 |
| SCH | 02/15/2006 01:30:03 PM | FJV00202 | | | Photo Copies | ($0.60) | | $13.37 |
| SCH | 02/16/2006 12:00:41 PM | 48 | | | Sales | ($12.40) | | $0.97 |
| SCH | 03/02/2006 08:23:57 AM | FJV02501 | | | Payroll - UNICOR | $52.27 | | $53.24 |
| SCH | 03/02/2006 11:15:50 AM | 25 | | | Sales | ($6.90) | | $46.34 |
| SCH | 03/02/2006 06:40:38 PM | 172 | | | Sales | ($39.40) | | $6.94 |
| SCH | 03/09/2006 05:22:09 PM | 131 | | | Sales | ($6.19) | | $0.75 |
| | **Total Transactions:** | **48** | | | **Totals:** | **$0.48** | **$0.00** | |

Date: 03/10/2006
Time: 10:19:06 am

Facility: SCH

# Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

## General Information

Inmate Reg#: 00594158
Inmate Name: BROWN, EMANUEL
Current Site Name: Schuylkill FCI
Housing Unit: 1

Living Quarters: A07-208L
Arrived From:
Transferred To:
Account Creation Date: 3/1/2002

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SCH | $0.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.75 |
| **Totals:** | **$0.75** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.75** |

CERTIFICATE OF SERVICE

I, Emanuel Brown, the appellant, hereby certify that (1) true and correct copy of this Forma Pauperis Application has been sent to the U.S. District Court For The District of Columbia, via First Class Mail, postage prepaid to the following address:

Ms. Nancy Mayer-Whittington
Clerk/U.S. District Court
For The District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001-2866.

3-14-06

Mr. Mark J. Langer/Clerk
U.S. Court of Appeals For The
District of Columbia Rm. 5423
E. Barrett Prettyman
U.S. Courthouse
Washington, D.C. 20001.

Mr. Kenneth L. Wainstein
U.S. Attorney
Judiciary Center Building
555 Fourth Street N.W.
Washington, D.C. 20530.

Emanuel Brown
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

Emanuel Brown

Pro-Se/Appellant