**FILED**

APR 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EMMANUEL BROWN,                          )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )    Civil Action No.  06-153
                                         )
WACHOVIA BANK, *et al.*,                 )
                                         )
        Defendants.                      )

## ORDER

It is hereby

**ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* on appeal [Dkt. #7] is **GRANTED**.

SO ORDERED.

_____
United States District Judge

DATE: *April 21, 2006*