IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Emanuel Brown,
    Plaintiff,

v.

Wachovia Bank et al,
Attorney General, Alberto Gonzales
U.S. Department of Justice
Director of Bureau of Prisons
Harley C. Lappin
U.S. Probation Department
John Doe, Defendants

Civil No.
1:06-CV-00153 RMC

RECEIVED
OCT 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR THE APPOINTMENT OF CLASS COUNSEL
UNDER FEDERAL RULES OF CIVIL
PROCEDURE, Rule 23(g)(1) AND(g)(2):

Comes Now, the Plaintiff, Emanuel Brown, respectfully request this Honorable Court to appoint Class to Counsel represent the Plaintiff's in the above styled civil action, due to the fact that the original number (1) Plaintiff, Emanuel Brown acting pro-se is not qualified legally, to represent the best interest of the possible thousands of potential Plaintiff's situated throughout the United States. On September 11, 2006, the Honorable United States Court of Appeals for the District of Columbia, issued an official Mandate for the previous court order dated July 14, 2006, under Appellate No. 06-5047, whereas the Circuit Court of Appeals remanded the Plaintiff's petition to the district court for further judicial proceedings.

                                                           *Emanuel Brown*
                                                   Respectfully submitted,

Date October (2) 2006             Emanuel Brown
                                         P.O. Box 759 #00594-158
                                         Minersville, Pa. 17954
                                         Plaintiff Pro-Se