# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMMANUEL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0153 (RMC) |
| | ) | |
| WACHOVIA BANK, et al., | ) | **FILED** |
| | ) | |
| Defendants. | ) | NOV - 3 2006 |

## ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This case comes before the Court on a remand from the United States Court of Appeals directing further proceedings after service of the complaint on the Defendants. Plaintiff has been granted leave to proceed *in forma pauperis*. Accordingly, it is

ORDERED that the Clerk of the District Court issue summonses for the Defendants in order for the United States Marshals Service to effect service of the complaint.

_____
ROSEMARY M. COLLYER
United States District Judge

DATE:

31 October 2006