UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMANUEL BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 06-153 (RMC) |
| v. ) | |
| ) | |
| **WACHOVIA BANK,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

Plaintiff, proceeding *pro se*, has been granted leave to proceed *in forma pauperis*. In order for the Clerk of the Court to issue summonses, Plaintiff must provide the addresses of Defendants Wachovia Bank and the United States Probation Department. Pursuant to Local Rule 5.1(e), failure to comply with this order within 30 days may result in dismissal of the case against these defendants. Accordingly, it is hereby

**ORDERED** that, no later than **December 8, 2006**, Plaintiff shall provide the Clerk of the Court with the addresses of Defendants Wachovia Bank and the United States Probation Department.

**SO ORDERED**.

Date: November 8, 2006                               /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge

Copy to:

Emanuel Brown
R 00594-158
Federal Correctional Institution - Schuylkill
P.O. Box 759
Minersville, PA 17954