Emanuel Brown
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

ATTN: Clerk of Court
U.S. District Court For The
District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001.                November 20, 2006

RE: Civil No. 06-153 RMC
    Local Rule 5.1(e):

Dear Clerk of Court;

Please be advised that pursuant to U.S. District Court Local Rule 5.1(e), I am supplying the following addresses per court order dated November 8, 2006.

1) WACHOVIA BANK:    Mr. Kennedy Thompson/Chairman/CEO
                     NC8532
                     1525 West W.T. Harris Boulevard
                     Charlotte, N.C. 28288-8532
                     Tel. 866-642-9407

2) U.S. PROBATION DEPARTMENT:

                     Mr. George Johnson/Chief U.S. Probation
                     Officer
                     350 Jake Alexander Blvd. W. Suite 101
                     Salisbury, N.C. 28147.
                     Tel. 704-633-5762 Ext. 106

                     U.S. Probation Department
                     Office of Public Affairs
                     Administrative Office of the U.S. Courts
                     Washington, D.C. 20544.

I included the Washington, D.C. address for the U.S. Probation Department because I am not certain if your office needs the address for the U.S. Probation Department in the U.S. District Court for the Middle District of North Carolina, or the main U.S Department of Probation in Washington, D.C.

In any even't, if your office requires any additional addresses or other information relating to 06-153, please inform me ASAP. I thank you in advance for your time and future cooperation.

                                         Sincerely,

                                         Emanuel Brown

                                         Emanuel Brown/Plaintiff

RECEIVED
NOV 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT