Emanuel Brown
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

ATTN: Clerk of Court
United States District Court
For The District of Columbia
333 Constitution Avenue. N.W.
Washington, D.C. 20001.                    December 19, 2006

RE: Civil Action No. 06-153 RMC:

Dear Clerk of Court;

   Please find enclosed (1) copy of Defendant's John M. Johnston and John W. Stone Jr. name and address, pursuant to local Rule 5.1(e).

Mr. John M. Johnston
FBI Special Agent
601 Market Street
Philadelphia, Pa. 19106.

Mr. John W. Stone Jr.
Asst. U.S. Attorney/NCSB #8046
P.O. Box 1858
Greensboro, N.C. 27402
(336) 333- 5351

  It is the Plaintiff's understanding that FBI Agent John M. Johnston has retired from the FBI and his last place of employment as an FBI Agent was in Fort Washington, Pennsylvania. The Plaintiff does not have the personal house address for defendants John M. Johnston and John W. Stone Jr. To the Plaintiff's knowledge, Mr. Stone is still an Asst. U.S. Attorney for the U.S. District Court for the Middle District of North Carolina.

I thank you in advance for your time and future cooperation.

Sincerely,

Emanuel Brown

RECEIVED
DEC 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
DEC 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMANUEL BROWN

VS.                              C.A. No. 06-153 RMC

WACHOVIA BANK, ET AL

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: FBI Agent John M. Johnston

Defendant's address: FBI Office 601 Market Street, Philadelphia, Pa. 19106.

Defendant's name: Asst. U.S. Attorney John W. Stone Jr.

Defendant's address: P.O. Box 1858 NCSB #8046, Greensboro, N.C.

Defendant's name: 

Defendant's address: 

Defendant's name: 

Defendant's address: 

Defendant's name: 

Defendant's address: 

Defendant's name: