**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Wacovia Bank
1525 WestW.T. Harris Blvd.
Charlotte, NC 28288

Civil Action, File Number __06-153 RMC__

__Manuel Brown__
                                V.
__Wachovia Bank, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) must answer the complaint. Judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_(Signature USMS Official)_

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

---

**Return Receipt Card (PS Form 3811):**

06-153  JRJ  12/12/06

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Wacovia Bank
1525 West. S.T. Harris Blvd.
Charlotte, NC 28288

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _Joshua Drake_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Joshua Graham
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4136 8472

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Street Name or P.O. Box No.

City, State and Zip Code

Signature

**RECEIVED**
DEC 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Relationship to Entity/Authority to Receive

Service of

Date of Signature

Form USM-299
(Rev. 6/95)

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO:
Kennedy Thompson, chairman
Wacovia Bank
1525 West W.T. Harris Blvd.
Charlotte, NC 28288

Civil Action, File Number __06-153 RMC__

Emanuel Brown

V.

Wacovia Bank, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ and if you fail to do so, judgment by default will be taken against you for the

06-153    12-12-06    JRJ

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was (date)

_____
Signature (USMS Official)

**RETURN OF SERVICE OF SUMMONS AND COMPLAINT**

I hereby certify and return that I have served the summons and complaint in the above captioned manner at

[ ] by personally delivering copies to

[ ] by leaving, according to directions, copies at

Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

RECEIVED
DEC 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Kennedy Thompson, Chairman
Wacovia Bank
Charlotte, NC 28288

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Joshua Graham   [ ] Agent  [ ] Addressee
B. Received by (Printed Name): Joshua Graham
C. Date of Delivery:
D. Is delivery address different from item 1? [ ] Yes
   If YES, enter delivery address below: [ ] No

3. Service Type
   [X] Certified Mail    [ ] Express Mail
   [X] Registered        [ ] Return Receipt for Merchandise
   [ ] Insured Mail      [ ] C.O.D.
4. Restricted Delivery? (Extra Fee)  [ ] Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4136 8502

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Copy 4 - USMS District Suspense