**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:

US Probation Departmetn
350 Jake Alexander Blvd. W.
Ste. 101
Salisbury, NC 28147

Civil Action, File Number **06-153 RMC**

Rasmuel Brown

V.

Wachovia Bank, Et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within

06-153   12-22-06   RCT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Probation Dept.
350 Jake Alexander Blvd.
Salisbury, NC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☑ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
12 16 06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☑ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0004 4136 8519

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

s. If you are served on behalf of a corporation, your signature your relationship to that entity. If st indicate under your signature your authority.

— days, you (or the party on whose behalf you mplaint in any other manner permitted by law.

e behalf you are being served) must answer the ent by default will be taken against you for the

ipt of Summons and Complaint By Mail was

_(USMS Official)_

COMPLAINT

complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

**RECEIVED**

Relationship to Entity/Authority to Receive
DEC 27 2006

Service of Process
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)