```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

EMANUEL BROWN,                   )
                                 )
          Plaintiff,             )
                                 )
     v.                          ) Civil Action No. 06-153 RMC
                                 )
WACHOVIA BANK, et al.,           )
                                 )
          Defendants.            )
                                 )
```

MOTION FOR EXTENSION OF TIME TO ANSWER AND
SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the federal defendants (the Attorney General, Alberto Gonzales, the Director of the Bureau of Prisons, Harley G. Lappin, the United States Probation Office, and Assistant United States Attorney John W. Stone, Jr., move for a one-week extension of time to January 10, 2007, to answer or otherwise respond to the complaint.[1]  (Since the Federal Courts were closed yesterday due to the funeral of President Ford, this motion is timely.) Defendants currently intend to file a dispositive motion on January 10.  Because of the difficulties in contacting prisoners, defendants have not sought to determine plaintiff's position on this motion.

---

[1] In filing this motion, the federal defendants do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.  It should be noted that plaintiff's amended complaint added as a defendant a former FBI agent, John M. Johnston; however, the docket of this Court shows that he has not been served with a copy of the summons and complaint in this case.  This motion is not being filed on behalf of Mr. Johnston.

Undersigned counsel primarily responsible for this case for the federal defendants (Fred E. Haynes) is in the process of gathering the materials needed for the filing of a motion to dismiss or, in the alternative, a motion for summary judgment. He has been unable to complete the papers for filing today due in large part to the fact that he has since December 6, 2006, had to undergo daily (weekdays) radiation therapy, which, given undersigned counsel's substantial case load, has prevented the completion of a number of matters. The additional time is, therefore, needed.

Attached is a draft order reflecting the requested extension of time.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
        /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., E-4110
Washington, D.C. 20530

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

EMANUEL BROWN,                )
                              )
            Plaintiff,        )
                              )
      v.                      )  Civil Action No. 06-153 RMC
                              )
WACHOVIA BANK, et al.,        )
                              )
            Defendants.       )
_____)

## ORDER

UPON CONSIDERATION of the motion by defendants the Attorney General, Alberto Gonzales, the Director of the Bureau of Prisons, Harley G. Lappin, the United States Probation Office, and Assistant United States Attorney John W. Stone, Jr., for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that aforementioned defendants shall have to, and including, January 10, 2007, to answer or otherwise respond to the complaint in this case.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Copies to counsel of record
and the pro se plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion For Extension Of Time To Answer to be served by first class mail, postage prepaid, this 3rd day of January, 2007, on:

>Emanuel Brown
>R00594-158
>Federal Correctional
>Institution – Schuylkill
>P.O. Box 759
>Minersville, PA 17954

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201