IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMANUEL BROWN, et al.,            )<br>                                                          )<br>        Plaintiffs,                              )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>WACHOVIA BANK, et al.,               )<br>                                                          )<br>        Defendants.                           )<br>_____)  | Civil Action No. 06-153 RMC |

## DEFENDANT WACHOVIA BANK'S MOTION TO DISMISS

Defendant Wachovia Bank ("Wachovia"), by counsel, states as follows for its motion to dismiss the Amended Complaint filed by Plaintiff Emanuel Brown ("Plaintiff"):

1.  Plaintiff's Amended Complaint fails to state a claim against Wachovia upon which relief can be granted.

2.  Plaintiff's Amended Complaint refers to a July 10, 1991 Order of the U.S. District Court for the Middle District of North Carolina, which is alleged to have ordered Plaintiff to pay restitution to Wachovia in the amount of $67,365.85.  Plaintiff contends that this Order was made unlawfully and that the Bank was wrongful somehow in receiving the funds pursuant to the Order.

3.  Plaintiff's Complaint amounts to a collateral attack on a fifteen-year-old order of the U.S. District Court for the Middle District of North Carolina incident to a criminal matter involving Plaintiff.  As such, it fails to state a claim upon which relief can be granted.

WHEREFORE, Defendant Wachovia Bank respectfully requests that this matter be dismissed with prejudice, and for such other and further relief as may be deemed appropriate.

ORAL HEARING REQUESTED

Respectfully submitted,

WACHOVIA BANK, N.A.


By:   /s/ Grady C. Frank, Jr.
         Of Counsel

Grady C. Frank, Jr. (DC Bar No. 433469)
Elizabeth A. Billingsley (DC Bar No. 501226)
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA  22102
703.734.4334 (phone)
703.734.4340 (fax)

*Counsel for Wachovia Bank, N.A.*


## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2007, a true and accurate copy of the foregoing Motion to Dismiss was served by first-class mail, postage prepaid, to:

Emanuel Brown
R00594-158
Federal Correctional Institution – Schuykill
P.O. Box 759
Minersville, PA 17954
*Plaintiff Pro Se*

Jeffrey A. Taylor, Esquire, United States Attorney
Rudolph Contreras, Esquire, Assistant United States Attorney
Fred E. Haynes, Esquire, Assistant United States Attorney
555 4th Street, N.W., E-4110
Washington, D.C. 20530
*Counsel for Federal Defendants (Attorney General, Alberto Gonzales; Director of the Bureau of Prisons, Harley G. Lappin; the U.S. Probation Office; and Assistant U.S. Attorney John W. Stone)*


             /s/ Grady C. Frank, Jr.
         Grady C. Frank, Jr.

313670