IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMANUEL BROWN, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>WACHOVIA BANK, et al., )<br>)<br>    Defendants. )<br>) | Civil Action No. 06-153 RMC |

## **ORDER**

UPON CONSIDERATION of the motion to dismiss filed by Defendant Wachovia Bank, N.A., and the arguments of counsel, it is this _____ day of _____, 2007,

ORDERED that the motion to dismiss filed by Wachovia Bank, N.A. is hereby GRANTED.

The Clerk is directed to send an attested copy of this order to counsel of record and the *pro se* plaintiff.

_____
UNITED STATES DISTRICT JUDGE

314283