UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMANUEL BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-153 (RMC) |
| ) | |
| **WACHOVIA BANK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER

Defendant Wachovia Bank (the "Bank") has filed a motion to dismiss. Plaintiff Mr. Brown is proceeding *pro se*. The Court will rule on the Bank's motion taking into consideration the facts proffered by Mr. Brown in his amended complaint, along with his response or opposition to the motion to dismiss, and the entire record of the case. If Mr. Brown fails to file a response to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the Bank from this case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988); *see also* LCvR 7(b) (if no opposition to a motion is filed, the court may treat the motion as conceded). Accordingly, it is

**ORDERED** that Mr. Brown shall respond to the Bank's motion to dismiss no later than **February 9, 2007**. If Mr. Brown does not respond by that date, the Court may treat the motion as conceded and dismiss the Bank from this case.

Date: January 9, 2007 _____/s/_____
ROSEMARY M. COLLYER
United States District Judge