```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

EMANUEL BROWN,                 )
                               )
           Plaintiff,          )
                               )
     v.                        )  Civil Action No. 06-153 RMC
                               )
WACHOVIA BANK, et al.,         )
                               )
           Defendants.         )
                               )
```

MOTION FOR FURTHER EXTENSION OF TIME TO ANSWER AND
SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the federal defendants (the Attorney General, Alberto Gonzales, the Director of the Bureau of Prisons, Harley G. Lappin, the United States Probation Office, and Assistant United States Attorney John W. Stone, Jr.) move for a further brief extension of time to January 24, 2007, to answer or otherwise respond to the complaint.[1]  Defendants currently intend to file a dispositive motion.  Because of the difficulties in contacting prisoners, defendants have not sought to determine plaintiff's position on this motion.

Undersigned counsel primarily responsible for this case for the federal defendants (Fred E. Haynes) has gathered the

---

[1] In filing this motion, the federal defendants do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.  It should be noted that plaintiff's amended complaint added as a defendant a former FBI agent, John M. Johnston; however, the docket of this Court shows that he has not been served with a copy of the summons and complaint in this case.  This motion is not being filed on behalf of Mr. Johnston.

materials needed to file a dispositive motion in this case and is in the process of preparing a dispositive motion. He has not, however, been able to prepare the dispositive motion for filing today, in significant part due to his need to undergo daily (weekdays) radiation therapy and the associated side effects of that treatment, and to other litigation matters that took more time than anticipated. Additionally, undersigned counsel will probably be out of the office all of Thursday, January 18, due to a morning cancer treatment and an afternoon medical appointment, and may be out of the office all of Friday, January 19, for the same reasons.

This case amounts to an improper collateral attack on a criminal judgment entered against plaintiff in 1991, a judgment that was affirmed on direct appeal and as to which plaintiff's 28 U.S.C. § 2255 motion was denied. Defendant Wachovia Bank has already filed a motion to dismiss.

Attached is a draft order reflecting the requested extension of time.

>           Respectfully submitted,
>
>           JEFFREY A. TAYLOR, DC Bar #498610
>           United States Attorney
>
>           RUDOLPH CONTRERAS, DC Bar #434122
>           Assistant United States Attorney
>                   /s/
>           FRED E. HAYNES, DC Bar #165654
>           Assistant United States Attorney
>           555 4th Street, N.W., E-4110
>           Washington, D.C. 20530

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

EMANUEL BROWN,                  )
                                )
           Plaintiff,           )
                                )
      v.                        ) Civil Action No. 06-153 RMC
                                )
WACHOVIA BANK, et al.,          )
                                )
           Defendants.          )
_____)
```

ORDER

UPON CONSIDERATION of the motion by defendants the Attorney General, Alberto Gonzales, the Director of the Bureau of Prisons, Harley G. Lappin, the United States Probation Office, and Assistant United States Attorney John W. Stone, Jr., for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that aforementioned defendants shall have to, and including, January 24, 2007, to answer or otherwise respond to the complaint in this case.

                                        UNITED STATES DISTRICT JUDGE

Copies to counsel of record
and the pro se plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion For Further Extension Of Time To Answer to be served by first class mail, postage prepaid, this 17th day of January, 2007, on:

>    Emanuel Brown
>    R00594-158
>    Federal Correctional
>    Institution – Schuylkill
>    P.O. Box 759
>    Minersville, PA 17954

>                              /s/
>    Fred E. Haynes, D.C. Bar # 165654
>    Assistant United States Attorney
>    555 4th Street, N.W., Room E-4110
>    Washington, D.C. 20530
>    (202) 514-7201