```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

EMANUEL BROWN,                  )
                                )
          Plaintiff,            )
                                )
     v.                         )  Civil Action No. 06-153 RMC
                                )
WACHOVIA BANK, et al.,          )
                                )
          Defendants.           )
                                )
```

### MOTION FOR FURTHER, BRIEF EXTENSION OF TIME TO ANSWER AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the federal defendants (the Attorney General, Alberto Gonzales, the Director of the Bureau of Prisons, Harley G. Lappin, the United States Probation Office, and Assistant United States Attorney John W. Stone, Jr.) move for a further brief extension of time to January 26, 2007, to answer or otherwise respond to the complaint.[1]  Defendants currently intend to file a dispositive motion.  Because of the difficulties in contacting prisoners, defendants have not sought to determine plaintiff's position on this motion.

Undersigned counsel primarily responsible for this case for the federal defendants (Fred E. Haynes) had anticipated

---

[1] In filing this motion, the federal defendants do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.  It should be noted that plaintiff's amended complaint added as a defendant a former FBI agent, John M. Johnston; however, the docket of this Court shows that he has not been served with a copy of the summons and complaint in this case.  This motion is not being filed on behalf of Mr. Johnston.

completing the motion in this case in time for filing today (January 24). This process has, however, taken longer than anticpated due to fatigue associated with his radiation treatments for cancer. Yesterday evening, while working on the dispositive motion, undersigned counsel noted that he had inadvertently not notified the Administrative Office of the Federal Courts of the filing of the case and obtained their authorization to file the dispositive motion on behalf of the Probation Office, which is an arm of the court system, not the Department of Justice. Undesigned counsel has telecopied the original complaint and the amended complaint to that Office, and the Office has advised him that a decision will be made by this Friday as to representation of the Probation Office. Consequently, the extension of time to Friday, January 26, 2007, is needed.

This case amounts to an improper collateral attack on a criminal judgment entered against plaintiff in 1991, a judgment that was affirmed on direct appeal and as to which plaintiff's 28 U.S.C. § 2255 motion was denied. Defendant Wachovia Bank has already filed a motion to dismiss.

Attached is a draft order reflecting the requested extension of time.

                                  Respectfully submitted,

                                  JEFFREY A. TAYLOR, DC Bar #498610
                                  United States Attorney

```
                    RUDOLPH CONTRERAS, DC Bar #434122
                    Assistant United States Attorney
                          /s/
                    FRED E. HAYNES, DC Bar #165654
                    Assistant United States Attorney
                    555 4th Street, N.W., E-4110
                    Washington, D.C. 20530
```

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

EMANUEL BROWN,                 )
                               )
          Plaintiff,           )
                               )
     v.                        ) Civil Action No. 06-153 RMC
                               )
WACHOVIA BANK, et al.,         )
                               )
          Defendants.          )
_____)
```

ORDER

UPON CONSIDERATION of the motion by defendants the Attorney General, Alberto Gonzales, the Director of the Bureau of Prisons, Harley G. Lappin, the United States Probation Office, and Assistant United States Attorney John W. Stone, Jr., for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that aforementioned defendants shall have to, and including, January 26, 2007, to answer or otherwise respond to the complaint in this case.

                              UNITED STATES DISTRICT JUDGE

Copies to counsel of record
and the pro se plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion For Further Extension Of Time To Answer to be served by first class mail, postage prepaid, this 24th day of January, 2007, on:

>Emanuel Brown
>R00594-158
>Federal Correctional
>Institution – Schuylkill
>P.O. Box 759
>Minersville, PA 17954

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201