| | | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|---|
| 18:2113(a)(b) & 2 | | Bank robbery, Ct 1 | 1 |
| 18:2113(d) & 2 | | Bank robbery w/dangerous weapon, Ct 2 | 1 |
| 18:924(c)(1) & 2 | | Carry & use firearms during bank robbery, Ct 3 | 1 |
| 18:2113(a) & 2 | | Bank Robbery, Ct 1 | 1 |
| 18:2113(d) & 2 | | Bank Robbery w/dangerous weapon, Ct 2 | 1 |
| 18:924(c)(1) & 2 | | Carry & Use Firearms during bank robbery, Ct 3 | 1 |

BROWN, EMANUEL

10 29 90 0024

KEY DATE: 10-1-90 EARLIEST OF
KEY DATE: 10-29-90 APPLICABLE
KEY DATE: 11-26-90

**ATTORNEYS** — U.S. Attorney or Asst.

John Stone, AUSA, P. O. Box 1858, Greensboro, NC 27402
Telephone: (919) 333-5351; FTS 699-5351

Defense: 1 ☒ CJA, 2 ☐ Ret., 3 ☐ Waived, 4 ☐ Self, 5 ☐ Non/Other, 6 ☐ PD., 7 ☐ CD

Mathias P Hunoval
~~PO Box 692~~ 2513 Pleasant Ridge Rd.
Summerfield NC 27358
(919) 643-6020

Susan Hayes - On Appeal
430 W. Friendly Ave.
Suite 303
Greensboro, NC 27402
(919) 273-4424

Deft's address:
Reg No 00594-158
P. O. Box 700
Minersville, PA 17954

Deft's address:
Emanuel Brown #00594-158
POB PMB
Atlanta, GA 30315

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER |
|---|---|---|---|---|
| | | | | |

| DATE | | | | MASTER DOCKET - MULTIPLE DEFENDANT CASE PAGE 2 OF | |
|---|---|---|---|---|---|
| DOCUMENT NO. | Cr-90-240-01-G | | | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT EMANUEL BROWN | |

V. PROCEEDINGS

| Date | No. | Proceedings | |
|---|---|---|---|
| 10-12-90 | | Papers transferred from Eastern District of Pennsylvania to MDNC: | |
| | 1. | Certified cy of Docket Sheet. | |
| | 2. | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT. (copy) | |
| | 3. | FINANCIAL AFFIDAVIT. | |
| | 4. | CJA FORM 20 signed by Mag Melinson, EDPA. | |
| | 5. | BAIL STATUS SHEET, dated 10-1-90. | |
| | 6. | ENTRY OF APPEARANCE. | |
| | 7. | BAIL STATUS SHEET, dated 10-4-90. | |
| | 8. | ORDER signed by Mag Melinson that deft be transferred to MDNC. | |
| | 9. | ORDER signed by AUSA T. Marinari, EDPA, that deft should be detained without bail pending trial in this case. Cc to U. S. Atty. | nd |
| 10-15-90 | 10. | CRIMINAL COMPLAINT. | nd |
| 10-26-90 | 11. | CJA FORM 20 signed by Mag Sharp appt. Mathias P Hunoval, counsel. | is |
| 10-29-90 | 12. | INDICTMENT. | nd |
| 10-30-90 | 13. | DEFT'S PRO SE APPLICATION FOR BAIL EVIDENTIARY HEARING. | ar |
| | 14. | DEFT'S PRO SE APPLICATION TO PRESERVE MEMORANDA, NOTES AND COMMUNICATIONS. | ar |
| 11-6-90 ** | 15. | GOVT'S DEMAND FOR NOTICE OF ALIBI UNDER RULE 12.1, FEDERAL RULES OF CRIMINAL PROCEDURE. | nd |
| 11-16-90 ** | 16. | GOVT'S RESPONSE TO APPLICATION FOR BAIL EVIDENTIARY HEARING. | ar |
| 11-5-90 | | ARRAIGNMENT before Judge Bullock in G'sboro. Snyder, Court Reporter. Deft pled not guilty to Cts 1-3. Motions due 11-15-90; responses due 11-21-90; motions hearing 12-3-90 at 9:30, WS. Jury trial 12-10-90, 9:30 a.m., G'boro. Plea agreement due 12-5-90 at 12:00 noon. Motion re bond to be heard later in term. | wi/nd |
| 11-21-90 | 17. | GOVT'S MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME. | nd |
| 11-21-90 | 18. | GOVT'S MOTION FOR DISCLOSURE OF EVIDENCE TO THE PROSECUTION. | |
| 11-21-90 | 19. | GOVT'S RESPONSE TO DEFT'S MOTION FOR COMPLETE RECORDATION OF ALL PROCEEDINGS. | |
| " | 20. | GOVT'S RESPONSE TO DEFT'S MOTION TO CHANGE VENUE. | |
| " | 21. | GOVT'S RESPONSE TO ALTERNATIVE MOTION TO CHANGE OF VENUE REQUEST OF DEFT MOTION TO HAVE THE US GOVT PAY FOR ALL TRANSPORTATION COSTS AND LIVING EXPENSES FOR DEFT'S ALIBI WITNESSES. | |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET　U.S. vs　EMANUEL BROWN　　Page 3　　Cr-90-24

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDAB (a) (b) |
|---|---|---|
| 11-21-90 | 22. GOVT'S RESPONSE TO DEFT'S MOTION FOR HANDWRITING EXPERT TO BE MADE AVAILABLE TO DEFT AT EXPENSE OF US GOVT UNDER THE AUTHORITY OF AKE v OKLAHOMA 470 US 68, 84 L. ED.2nd 53 (1985). | |
| " | 23. GOVT'S RESPONSE TO DEFT'S MOTION TO PROHIBIT U.S. ATTY FROM PEREMPTORILY CHALLENGING POTENTION JURORS SOLELY ON ACCOUNT OF THEIR RACE AND MOTION FOR COURT REPORTER TO NOTE THE RACE OF EVERY POTENTIAL JUROR EXAMINED IN THIS CASE. | |
| " | 24. GOVT'S RESPONSE TO DEFT'S MOTION TO SEQUESTER ALL WITNESSES. | |
| " | 25. GOVT'S RESPONSE TO DEFT'S RESPONSE TO US REQUEST FOR ALIBI DEFENSE INFORMATION. | |
| " | 26. GOVT'S RESPONSE TO DEFT'S MOTION FOR DISCOVERY AND INSPECTION. RESPONSE TO MOTION FOR PRODUCTION OF EVIDENCE. RESPONSE TO MOTION TO DISCLOSE SPECIAL CONSIDERATION GRANTED WITNESSES. RESPONSE TO MOTION FOR STMTS OF INDICTED AND UNINDICTED CO-DEFTS, CO-CONSPIRATORS/ACCOMPLICES. RESPONSE TO MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPT. RESPONSE TO MOTION PURSUANT TO 18 USC 3504 FOR DISCLOSURE OF ELECTRONIC OR OTHER SURVEILLANCE, FOR A FULL INVESTIGATION OF SURVEILLANCE, AND FOR ESTABLISHING EVIDENCE UNDER 18 USC § 2518(8)(d), (9), and (10). RESPONSE TO MOTION FOR DISCLOSURE OF RULE 404(b) ACTS TO BE USED BY THE GOVT. RESPONSE TO APPLICATION TO PRESERVE MEMORANDA, NOTES AND COMMUNICATIONS. | |
| 11-23-90 | 27. GOVT'S RESPONSE TO DEFT'S MOTION FOR INCREASE OF PEREMPTORY CHALLENGES AND BRIEF. | is |
| 11-23-90 | 28. GOVT'S ANSWER TO MOTION IN LIMINE. | |
| " | 29. GOVT'S ANSWER TO MOTION TO SUPPRESS EVIDENCE. | is |
| 11-26-90 | 30. DEFT'S MOTION FOR DISCLOSURE OF RULE 404(b) ACTS TO BE USED BY THE GOVT. | |
| " | 31. DEFT'S MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPT. | |
| " | 32. DEFT'S MOTION TO SEQUESTER ALL WITNESSES. | |
| " | 33. DEFT'S MOTION FOR INCREASE OF PEREMPTORY CHALLENGES AND BRIEF. | |
| " | 34. DEFT'S MOTION FOR STATEMENTS OF INDICTED AND UNINDICTED CO-DEFTS, CO-CONSPIRATORS/ACCOMPLICES. | is |

Interval (per Section II)　Start Date / End Date

EMANUEL BROWN

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET

Page 4    Cr-90-240-01

AO 256A

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 11-26-90 | 35. DEFT'S MOTION TO DISCLOSE SPECIAL CONSIDERATIONS GRANTED WITNESSES. | | | | |
| " | 36. DEFT'S MOTION TO DISCLOSE SPECIAL CONSIDERATIONS GRANTED WITNESSES. | | | | |
| " | 37. DEFT'S MOTION FOR COMPLETE RECORDATION OF ALL PROCEEDINGS. | | | | |
| " | 38. DEFT'S MOTION PURSUANT TO 18 USC 3504 FOR DISCLOSURE OF ELECTRONIC OR OTHER SURVEILLANCE, FOR A FULL INVESTIGATION OF SURVEILLANCE, AND FOR ESTABLISHING EVIDENCE UNDER 18 USC 2518 (8)(d), (9) & (10). | | | | |
| " | 39. DEFT'S MOTION TO SUPPRESS EVIDENCE. | | | | |
| " | 40. DEFT'S MOTION TO CHANGE VENUE. | | | | |
| " | 41. DEFT'S MOTION IN LIMINE. | | | | |
| " | 42. DEFT'S MOTION TO PROHIBIT UNITED STATES ATTORNEY FROM PEREMPTORILY CHALLENGING POTENTIAL JURORS SOLELY ON ACCOUNT OF THEIR RACE. | | | | |
| " | 43. DEFT'S MOTION FOR HANDWRITING EXPERT TO BE MADE AVAILABLE TO DEFT AT EXPENSE OF UNITED STATES GOVT UNDER THE AUTHORITY OF AKE v. OKLAHOMA 470 U.S. 68, 84 L.ED.2ND 53(1985). | | | | |
| " | 44. DEFT'S MOTION FOR COURT REPORTER TO NOTE THE RACE OF EVERY POTENTIAL JUROR EXAMINED IN THIS CASE. | | | | |
| " | 45. DEFT'S ALTERNATIVE MOTION TO CHANGE OF VENUE REQUEST OF DEFT'S MOTION TO HAVE THE U.S. GOVT PAY FOR ALL TRANSPORTATION COSTS AND LIVING EXPENSES FOR DEFT'S ALIBI WITNESSES. | | | | |
| " | 46. DEFT'S MOTION TO EXTEND TIME TO FILE TIMELY MOTIONS. | | | | |
| " | 47. DEFT'S RESPONSE TO U.S. REQUEST FOR ALIBI DEFENSE INFORMATION. | | | | |
| " | 48. DEFT'S MOTION FOR PRODUCTION OF EVIDENCE. | is | | | |
| 11-26-90 | BOND HRG before Jd Bullock in GSO; Snyder, Ct Rptr. Hearing continued. This motion is to be determined by Jd Bullock. See gldy 79 | wi/is | | | |
| 11-26-90 | 49. SEALED INDICTMENT-unsealed by Mag. Eliason, 11-27-90, 3:02 pm. | | | | |
| 11-26-90 | SEALED INDICTMENT (redacted). | is | | | |
| 11-30-90 | 50. GOVT'S DISCLOSURE OF INFORMATION AND WITNESSES. | ch | | | |
| " | 51. DEFT'S MOTION FOR PRODUCTION OF COPIES - of video tapes from Belks Parking Lot and from Wadhovia Bank. | | | | |
| " | 52. DEFT'S MOTION FOR INVESTIGATOR. | | | | |
| " | 53. DEFT'S MOTION TO DISMISS INDICTMENT. | wi | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   EMANUEL BROWN   page 5   Cr-90-24

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE (a) (b) |
|---|---|---|
| 12-3-90 | ARRAIGNMENT before Judge Ward in WS. Nelson, Ct. Reptr. Deft entered a plea of not guilty to Cts 1-3 of the superseding indictment filed 11-26-90. Motions due 12-20-90; responses due 12-27-90. Motion hrg on 1-7-91 at 9:30 a.m. in WS; jury trial on 1-14-91 at 9:30 a.m. in WS. Plea agreements due 1-9-91 by 12:00 noon. Oral motion for speedy trial - this deft has not been severed for trial from other defts. This deft may file such motions and for speedy trial if desired. See attachment for rulings made as follows on motions filed.    wi/ar

MOTION HRG before Judge Ward in WS. Nelson, Ct. Reptr. Pldgs #31,43, - granted; Pldgs# 34,37,41,44,48 - resolved; Pldgs # 40,45,46,52 - denied; pldg #38 - allowed to be due 2 weeks before trial together w/ videotapes requested in pldg. #51; pldgs. #39 & 53 - not ruled upon or considered; pldgs #30,32,33,35,36 & 42 may be further considered by the trial judge at the time of trial, etc. - not necessary to place latter nos. for ruling unless further called to the attn of the trial judge at trial; pldg #18 - deft will freely comply.    wi/ar | 12-3-90 / 12-3-9 |
| 12-17-90 | 54. GOVT'S RESPONSE TO DEFT'S MOTION FOR PRODUCTION OF COPIES OF VIDEO TAPES - FROM BELK'S PARKING LOT AND FROM WACHOVIA BANK.    ch | |
| 12-18-90 | 55. GOVT'S RESPONSE TO DEFT'S MOTION TO DISMISS INDICTMENT. | |
| 12-28-90 | 56. GOVT'S AMENDED DISCLOSURE OF INFORMATION AND WITNESSES. nd | |
| 1-3-91 | 57. GOVT'S AMENDED ANSWER TO DEFT BROWN'S MOTION TO SUPPRESS EVIDENCE.    ar | |
| 1-3-91 | 58. DEFT'S RULE 17B EXPARTE MOTION FOR SUBPOENA.    ar | |
| 1-7-91 | 59. GOVT'S MOTION FOR CONTINUANCE AND EXCLUSION OF TIME BRIEF IN SUPPORT THEREOF.    nd | |
| 1-8-91 | 60. ORDER signed by Judge Tilley that case be continued for trial at 9:30 a.m. on 2-11-91, G'sboro, and the time between 1-14-91 and 2-11-91 is excluded. Ccs dist.    nd | |
| 1-8-91 | 61. ORDER signed by Judge Tilley that deft's ex parte motion to subpoena witnesses at govt expense is DENIED. Ccs dist.    nd | 1-14-91 / 2-11-91 |
| 1-14-91 | 62. DEFT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE FOR ILLEGAL ARREST OF CHARLES WALKER AND EMANUEL BROWN AND LACK OF PROBABLE CAUSE.    ch | |

Interval (per Section II)   Start Date / End Date

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET — EMANUEL BROWN    Page -6-    CR-90-248-01-G  
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY a) | b) | c) | d) |
|---|---|---|---|---|---|
| 1-15-91 | 63. DEFT'S MOTION FOR RULING BY FEDERAL DISTRICT COURT JUDGE BULLOCK ON DEFT'S PRO SE MOTION TO AMMEND INITIAL DETENTION ORDER. | | | | |
| | 64. DEFT'S RULE 17B EX PARTE MOTION FOR SUBPOENA. | | | | |
| | 65. DEFT'S REPLY TO GOVT'S RESPONSE ALLEGING DEFT HAS NOT FULLY COMPLIED WITH THE REQUIREMENTS OF RULE 12.1(a) FEDERAL RULES OF CRIMINAL PROCEDURE. | | | | |
| | 66. DEFT'S MOTION TO DISMISS INDICTMENT FOR VIOLATION OF THE SPEEDY TRIAL PROVISIONS OF TITLE 18 SECTION 3156- CHAPTER 208, SUB-SECTION 3161 ET AL. | | | | |
| 1-18-91 | 67. SUPPLEMENT TO GOVERNMENT'S AMENDED ANSWER TO DEFENDANT BROWN'S MOTION TO SUPPRESS.    nd | | | | |
| 1-22-91 | 68. ORDER of Judge Tilley granting deft's motion to subpoena George Jackson, Charles Richardson & Antonia Martinez as witnesses and denying deft's motiion to subpoena George Manley as a witness.    Ccs dist.    ar | | | | |
| 1-23-91 | 69. GOVT'S RESPONSE TO DEFT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE FOR ILLEGAL ARREST OF CHARLES WALKER AND EMANUEL BROWN AND LACK OF PROBABLE CAUSE. | | | | |
| | 70. GOVT'S RESPONSE TO DEFT'S MOTION FOR RULING BY FEDERAL DISTRICT COURT JUDGE BULLOCK ON DEFT'S PRO SE MOTION TO AMEND INITIAL DETENTION ORDER. | | | | |
| | 71. GOVT'S RESPONSE TO DEFT'S MOTION TO DISMISS INDICTMENT FOR VIOLATIONS OF THE SPEEDY TRIAL PROVISIONS OF 18 USC 3156 - CHAPTER 208.    ar | | | | |
| 2-4-91 | 72. DEFT'S RULE 17B PARTE MOTION FOR SUBPOENA.    sjm | | | | |
| 2/4/91 | MOTION HEARING before Jd Tilley, GSO, Nelson, Ct Rptr. Atty Hunoval advised Ct that deft wished to make a motion; deft made motion to represent himself & to excuse Mr. Hunoval; Ct examined deft; Govt to provide deft copies of certain items taken from deft @ arrest; Deft made motion for copies of 302s - Ct advised deft that he is not entitled to them, but US Atty's office could provide through its "open file" policy; Govt will provide certain co-defts stmts; ✱Deft requested copies of grand jury minutes - Ct advised deft he is not entitled to same @ this time; Deft's motion to dismiss indictment because of perjured testimony of Charles Walkers - denied; Deft waived counsel during following motion hearing; Ct instructed Mr. Hunoval to sit w/deft in the event deft needs to confer w/him; | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs EMANUEL BROWN   Page 7   90-240-0

AO 256A   Yr. | Docket

| DATE | PROCEEDINGS (continued) | V. EXCLUDAB (a) | (b) |
|---|---|---|---|
| 2/4/91 | Motion Hearing continued - Deft's motion to suppress testimony of co-defts Walker & Harewood - not subject to suppression @ this time; Deft's motion to dismiss indictment w/prejudice for illegal arrest of Walker & Brown & lack of probable cause - Ct stated there is probable cause; Deft's motion for bail - under advisement; Deft's motion to suppress evidence of money confiscated from his residence @ time of arrest - denied; Deft requested the Ct to instruct FBI that his alibi witnesses Martinez & Manley not be harrassed; Govt mentioned its reciprocal motion re disclosure of evidence; Govt advised deft of name of Laurel Pelteir; Govt advised Ct that trial date is 2/21/91 & of Govt's concern that deft not be moved because of his medical conditon. | ajv | |
| 2-6-91 | 73. GOVT'S AMENDED DISCLOSURE OF INFORMATION AND WITNESSES. | nd | |
| 2-7-91 | 74. GOVT'S MOTION TO ALLOW USE OF EVIDENCE PURSUANT TO RULE 404(b), FEDERAL RULES OF EVIDENCE. | | |
|  | 75. DEFT'S PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM - for Alphateer (Alfatir) Conner. | | |
|  | 76. DEFT'S PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM - for Christopher Hughes. | ch | |
|  | 77. WRIT OF HABEAS CORPUS AD TESTIFICANDUM - signed by Jd. Tilley for Alphateer (Alfatir) Conner. Four cert. ccs. to USM. | | |
|  | 78. WRIT OF HABEAS CORPUS AD TESTIFICANDUM - signed by Jd. Tilley for Christopher Hughes. Four cert. ccs. to USM. | ch | |
| 2-14-91 | 79. ORDER signed by Judge Bullock that deft's motion for pre-trial release is DENIED. Ccs dist. | nd | |
| 2-15-91 | 80. Deft's. pro se, MOTION IN LIMINE - REPLY TO MOTION OF UNITED STATES GOVERNMENT TO ALLOW 404(b) EVIDENCE. | nd | |
| 2-15-91 | 81. AMENDED DISCLOSURE OF INFORMATION AND WITNESSES. | nd | |
| ~~2-15-91~~ | ~~82. CJA FORM 24 Authorization & Voucher for Pymt of Transcript.~~ Pleading #82 removed from file because misfiled. It was supposed to go in Cr-90-196-06. For CJA in this case, see Pleading # 128. | ~~nd~~ sf | |

UNITED STATES DISTRICT COURT     EMANUEL BROWN                                  Cr-90-240-01
CRIMINAL DOCKET
AO 256A                                             page 8

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 2-25-91 | 83. DEFT'S PROPOSED VOIR DIRE. | | | | |
| " | JURY TRIAL (1st day) consolidated with Cr-90-240-03-G for trial - held before Jd. Tilley in G'boro, Nelson, Court Reporter. Gov't. 404(b) evidence to be considered at time evidence to be presented. | | wi | | |
| 2-26-91 | JURY TRIAL (2nd day) continued from 2-25-91. | | wi | | |
| 2-27-91 | JURY TRIAL (3nd day) continued from 2-26-91. | | wi | | |
| 2-28-91 | JURY TRIAL (4th day) continued from 2-27-91. ORAL MOTION - of deft. for the Court to recuse himself from case - denied. | | | | |
| " | 84. SEALED - DEFT"S MOTION TO SUBPOENA WITNESSES. | | | | |
| " | 85. SEALED - ORDER - signed by Jd. Tilley re: pleading No. 84. Cert. copy handed counsel for deft.      wi | | | | |
| 3-1-91 | JURY TRIAL (5th day) continued from 2-28-91. Parties stipulate that juror No 2 may be excused from case and alternate juror No. 1 will take his place and that if 2 jurors become ill or for some reason is excused a unanimous verdict of less than 12 will be binding.     wi | | | | |
| 3-4-91 | JURY TRIAL in WS before Jd. Tilley (6th day). Linda Nelson, Ct. Reptr. Govt presented evidence.     ajv/ch | | | | |
| 3-5-91 | JURY TRIAL in WS (7th day). Govt presented evidence. Govt rested. Deft's Rule 29 motion - denied. Deft presented evidence. Witness George Jackson called out and not present; Court ordered bench warrant for failure to appear pursuant to Rule 17(g) be issued. Warrant issued by AJV to Jackson Auto Body Repair, 873-75-77 North 45th Street, Philadelphia, PA. Judge directed that Jackson warrant be recalled.     ajv/ch | | | | |
| | 85a. WARRANT issued and del to USM. Warrant recalled by Jd. ch | | | | |
| 3-6-91 | JURY TRIAL in WS (8th day). Deft presented evidence. Deft's motion for mistrial and to sever Brown from Parker     ajv/ch | | | | |
| 3-7-91 | JURY TRIAL (9th day). Deft presented evidence. Deft's motion to sever - denied. Trial to resume on 3-11-91 at 9:30 a.m.     ajv/ch | | | | |
| 3-11-91 | JURY TRIAL in WS (10th day) before Jd. Tilley. Linda Nelson, Ct. Reptr. Deft presented evidence. Juror # 11 excused and another juror replaced her. Jury stipulation filed. Govt's request for jury instructions filed. ajv/ch | | | | |
| | 86. JURY STIPULATION. | | | | |
| | 87. GOVT'S REQUEST FOR JURY INSTRUCTIONS.     ch | | | | |

UNITED STATES DISTRICT COURT — CRIMINAL DOCKET — U.S. vs EMANUEL BROWN

Page 9 — Cr-90-240-01-G

AO 256A

| DATE | PROCEEDINGS (continued) [Document No.] | V. EXCLUDABLE (a) (b) |
|---|---|---|
| 3-12-91 | JURY TRIAL in WS (11th day). Deft presented evidence. Deft rested. Deft renewed Rule 29 motion - denied. ajv/ch | |
| 3-13-91 | JURY TRIAL in WS (12th day). Oral argument. Jury polled. Jury verdict - deft guilty on Cts 1-3; Jury verdict filed; deft to report for sentencing on 6-6-91 at 9:30 a.m. in WS. Deft may file post-trial motions and briefs by 5:00 p.m. on 3-29-91; responses due by 5:00 p.m. on 4-12-91. See witness and exhibit list. Receipt of trial exhibits signed by Govt. ajv/ch | |
| | 88. JURY VERDICT. | |
| | 89. RECEIPT of Govt exhibits. ch | |
| 3/15/91 | 90. RECEIPT returning govt trial exhibits 2, 14, 35A-D, 31, 45A-C. ajv | |
| 3-28-91 | 91. DEFT'S MOTION TO SET ASIDE VERDICT AND ENTER JUDGMENT OF ACQUITTAL. ar | |
| 3-29-91 | 92. GOVT'S RESPONSE TO MOTION TO SET ASIDE VERDICT AND ENTER JUDGMENT OF ACQUITTAL. cb | |
| 4-3-91 | 93. DEFT'S PRO SE SUPPLEMENTARY POST TRIAL MOTIONS AND MEMO OF EMANUEL BROWN - Set 1. | |
| 4-4-91 | 94. DEFT'S SUPPLEMENTARY POST TRIAL MOTIONS AND MEMORANDUM - Set 2, filed pro se. ch | |
| | 95. GOVT'S RESPONSE TO SUPPLEMENTARY POST TRIAL MOTIONS AND MEMO. | |
| | 96. GOVT'S RESPONSE TO SET 2 - SUPPLEMENTARY POST TRIAL MOTIONS AND MEMO. ch | |
| 4-8-91 | 97. SUPPLEMENTARY POST TRIAL MOTIONS AND MEMORANDUM OF EMANUEL BROWN, PRO SE. nd | |
| 4-11-91 | 98. GOVT'S RESPONSE TO SET 3 - SUPPLEMENTARY POST TRIAL MOTIONS AND MEMORANDUM OF EMANUEL BROWN, PRO SE. ar | |
| 4-17-91 | 99. ORDER signed by Judge Tilley that deft's motions are denied. Ccs dist. nd | |
| 4-30-91 | 100. USPO letter to Atty Mathias P. Hunoval re PSR. nd | |
| 5-7-91 | 101. DEFT'S PRO SE MOTION requesting documents. Cc to US Atty. ar | |

Interval (per Section III) | Start Date / End Date

UNITED STATES DISTRICT COURT  EMANUEL BROWN                Cr-90-240-01
CRIMINAL DOCKET                                 Page 10
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 5-13-91 | 102. GOVT'S SENTENCING MEMORANDUM (MOTION FOR UPWARD DEPARTURE). | nd |
| 5-23-91 | 103. GOVT'S MOTION requesting an ORDER to compel the testimony of George Washington Manley. | |
| | 104. GOVT'S MOTION requesting an ORDER to compel the testimony of Norman Thompson. | |
| | 105. GOVT'S MOTION requesting an ORDER to compel the testimony of Joseph Barry Lofton. | ar |
| 5-30-91 | 106. DEFT'S SENTENCING MEMORANDUM - RESPONSE. | sjm |
| 6-4-91 | 107. GOVT'S MOTION FOR CONTINUANCE. | ch |
| 6-26-91 | 108. NOTICE OF SENTENCING on 7-3-91 at 9:30 a.m. in WS, ctrm no. 1. Ccs dist. | ar |
| 7-2-91 | 109. DEFT'S FINANCIAL AFFIDAVIT. (Norman Thompson - witness). | |
| | 110. CJA 20 of MJ Eliason appointing David Freedman to represent Norman Thompson (witness at sentencing). | ar |
| 7/3/91 | SENTENCING held before J. Tilley in WS. Nelson, Rptr. ORAL request of deft (pro se) for copies of trial transcript/witness statements - Ct will order transcript at no cost to the deft based upon his financial situation provided in the PSR; as to witness statements - denied; if the witnesses appeared in Ct & statements filed as an exhibit, etc., deft would be entitled to those statments. ORAL request of deft (pro se) that his personal belongings be ret'd to him - deft may file motion w/regard to property being withheld w/Ct of Appeals. After Govt's response to above request for transcript, Ct ordered at conclusion of sentencing, deft shall be taken before USMag/Judge for determination of his financial situation. If deft cannot afford a trial transcript, one will be ordered at no expense. Ct 1 merges w/Ct 2 - 270 mos impri; 5 yrs sup rel w/conds (see judgment); Ct 3 - 60 mos impri to commence at expiration of sent imposed on Ct 2; 3 yrs sup rel to run concurrent w/ sup rel imposed on Ct 2; rest to be paid to Wachovia Bank in such amts, as directed by the PO, during period of sup rel; no fine imposed; $100 special assessment ordered. Ct recommends deft not be incarcerated in same institution w/ Neil Sealy Harewood, II, Charles Walker, George Washinton Manly, Jr. a/k/a Gregory Morrison & Joseph Barry Lofton. (See witness list) | gl |
| " | 111. NOTICE CONCERNING RIGHT TO APPEAL. | |

11/29/06 11:07 FAX 3363326060      USDC NCMD CLK      → USAO GSBO      @012
Case 1:06-cv-00153-RMC   Document 30-2   Filed 01/26/2007   Page 11 of 19

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs EMANUEL BROWN                     Cr-90-2(

Page 11                                        Yr. | Doc

| DATE | PROCEEDINGS (continued) | V. EXCLUDA |
|---|---|---|
| | (Document No.) | (a) \| (b) |
| 7/3/91 | HEARING re Examination of deft's financial status held before Mag/Judge Eliason. Attny Hunoval not present. Deft appeared pro se. Ct declared deft indigent & this Order solely for purpose of partial payment for trial transcript. The deft's indigency in not revoked, but the deft shall make partial payments for cost in this action. Govt's motion for deft to compensate for cost of Ct apptd attny - denied. Govt's motion for deft to pay for transcript granted. Transcript will be prepared as requested. Upon receipt of $500.00 payment from deft, Ct Rptr will be instructed to start preparing transcript. Deft shall pay $200.00 per month beginning 8/1/91 & 1st of every month thereafter until the transcript is paid in full. Payments shall be made to Clerk of Ct. | glp |
| 7-10-91 | 112. JUDGMENT signed by Judge Tilley. Ccs dist. | ar |
| 7-11-91 | 113. DEFT'S PRO SE NOTICE OF APPEAL. | |
| | NOTICE OF APPELLATE ACTION sent to the 4th Cir. Docketing Statement, CJA 24, & Transcript Order form mailed to Atty Hunoval. | ar |
| 7-18-91 * | NOTICE OF APPELLATE ACTION acknowledged by the 4th Cir. | ar |
| 8-8-91 | 114. PRAECIPE FOR WRIT OF EXECUTION filed by U.S. Atty. | |
| 8-9-91 * | 115. WRIT OF EXECUTION issued and del to USM. | nd |
| | Payment received - transcript ($200.00 - 35304) | |
| 8-7-91 | 116. Deft's pro se Affidavit in support of motion for dismissal of all charges, or complete evidentiary hearing and bail consideration. | nd |
| 8-16-91 | Docketing Statement, CJA 24 & Transcript Order form mailed to Deft Emanuel Brown. | nd |
| | RECEIPT of $500.00 (transcript) - receipt #35352 | |
| **8-14-91* | 117. ORDER of the 4th Cir granting Atty Hunoval's motion to withdraw. Ccs dist. | ar |
| 8-29-91 | 118. DOCKETING STATEMENT. | |
| | 119. TRANSCRIPT ORDER. | nd |
| 9-17-91 | 120. DOCKETING STATEMENT. | nd |
| | 121. TRANSCRIPT ORDER. | |
| | 122. TRANSCRIPT ORDER. | nd |
| 10-10-91 | 123. ORDER from 4th Cir Ct of Appeals appointing Susan Hayes as counsel for the appellate. | nd |

11/29/06 11:07 FAX 3363326060   USDC NCMD CLK   → USAO GSBO   ⌶013
Case 1:06-cv-00153-RMC   Document 30-2   Filed 01/26/2007   Page 12 of 19

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET

EMANUEL BROWN

Cr-90-260-91-G

Page 12

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 10-17-91 | 124. DOCKETING STATEMENT. | | | | |
| | 125. TRANSCRIPT ORDER. | | | | |
| | 126. TRANSCRIPT ORDER. | | | | |
| | 127. DEFT'S MOTION TO RELIEVE DEFT OF RESPONSIBILITY OF PAYING FOR TRANSCRIPTS ON APPEAL. | nd | | | |
| 10-30-91 | 128. CJA FORM 24. | nd | | | |
| 11-4-91 | 129. ORDER signed by Judge Tilley that deft's motion to be relieved of further responsibility for partial payment of transcripts is DENIED. Ccs dist. | nd | | | |
| 11-15-91 | TRANSCRIPT ORDER ACKNOWLEDGEMENT rec'd from 4th Cir. | nd | | | |
| 11-21-91 | 130. PRAECIPE FOR WRIT OF EXECUTION filed by U.S. Atty. | sjm | | | |
| 11-25-91 | 131. WRIT OF EXECUTION issued and delivered to Marshal for service. | sjm | | | |
| 11-27-91 | 132. TRANSCRIPT OF ARRAIGNMENT before Judge Bullock, GSO, on 11-5-90. Snyder, Court Reporter. | nd | | | |
| | 133. TRANSCRIPT OF MOTIONS HEARING before Judge Bullock, GSO, on 11-26-90. Snyder, Court Reporter. | nd | | | |
| 2-6-92 | 134. WRIT OF EXECUTION ret exec 1-24-92. | sf | | | |
| 2-28-92 | 135. TRANSCRIPT OF JURY TRIAL before Judge Tilley in Gsbo on 2-25-91. VOL I of XII. Filed by Ct Rptr Nelson. | | | | |
| | 135a. TRANSCRIPT OF JURY TRIAL before Judge Tilley in Gsbo on 2-26-91. VOL II of XII. Filed by Ct Rptr Nelson. | | | | |
| | 135b. TRANSCRIPT OF JURY TRIAL before Judge Tilley in Gsbo on 2-27-91. VOL III of XII. Filed by Ct. Rptr Nelson. | | | | |
| | 135c. TRANSCRIPT OF JURY TRIAL before Judge Tilley in Gsbo on 2-28-91. VOL IV of XII. Filed by Ct Rptr Nelson. | | | | |
| | 135d. TRANSCRIPT OF JURY TRIAL before Judge Tilley in Gsbo on 3-1-91. VOL V of XII. Filed by Ct Rptr Nelson. | | | | |
| | 135e. TRANSCRIPT OF JURY TRIAL before Judge Tilley in WS on 3-4-91. VOL VI of XII. Filed by Ct Rptr Nelson. | | | | |
| | 135f. TRANSCRIPT OF JURY TRIAL before Judge Tilley in WS on 3-5-91. VOL VII of XII. Filed by Ct Rptr Nelson. | | | | |
| | 135g. TRANSCRIPT OF JURY TRIAL before Judge Tilley in WS on 3-6-91. VOL VIII of XII. Filed by Ct Rptr Nelson. | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs EMANUEL BROWN   Page 13    Cr-90-240-(
                                                    Yr. | Docke

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDAB (a) | (b) |
|---|---|---|---|
| 2-28-92 | 135h. TRANSCRIPT OF JURY TRIAL before Judge Tilley in WS on 3-7-91. VOL IX of XII. Filed by Ct Rptr Nelson. | | |
| | 135i. TRANSCRIPT OF JURY TRIAL before Judge Tilley in WS on 3-11-91. VOL X of XII. Filed by Ct Rptr Nelson. | | |
| | 135j. TRANSCRIPT OF JURY TRIAL before Judge Tilley in WS on 3-12-91. VOL XI of XII. Filed by Ct Rptr Nelson. | | |
| | 135k. TRANSCRIPT OF JURY TRIAL before Judge Tilley in WS on 3-13-91. VOL XII of XII. Filed by Ct Rptr Nelson. | | |
| | 136. TRANSCRIPT OF SENTENCING before Judge Tilley in WS on 7-3-91. Filed by Ct Rptr Nelson. | | |
| | 137. TRANSCRIPT OF ARRAIGNMENT AND PRETRIAL MOTIONS before Judge Ward in WS on 12-3-90. Filed by Ct Rptr Nelson | | |
| | 138. TRANSCRIPT OF MOTIONS HEARING before Judge Tilley in Gsbo on 2-4-91. Filed by Ct Rptr Nelson.    sf | | |
| 3-10-92 | CERTIFICATION sent to 4th Cir. Ccs dist.    sf | | |
| 3-14-92 | ACKNOWLEDGEMENT OF RECEIPT of Certification.   sf | | |
| 3-19-92 | 139. Deft's Pro Se copy of PETITION FOR STAY IN APPELLATE PROCEEDINGS AND ISSUANCE OF WRIT OF MANDAMUS COMPELLING THE DISTRICT COURT TO RESPOND TO POST TRIAL MOTION TO DISMISS PURSUANT TO TITLE 28 USC, SEC 1651 AND RULE 8 AND 21 OF THE FRAP. (Original sent to 4th Cir).   nd (Cy of pldg 99 mailed to deft). | | |
| 4-3-92 | ACKNOWLEDGEMENT of Receipt of Update Item.   sf | | |
| 5-29-92 | 140. DEFT'S MOTION TO ALLOW RELEASE OF GRAND JURY MINUTES FOR INCLUSION IN SEALED SUPPLEMENTAL APPENDIX VOLUME ON APPEAL.   sf | | |
| 6-24-92 | 141. ORDER of Judge Tilley that the US Atty shall submit a copy of the grand jury testimony of Charles Walker, under seal, to the Clerk of Court. The Clerk shall forward the testimony to the 4th Circuit, under seal, as part of the record on appeal. Ccs to US Atty, USPO, Atty Hayes, Deft (through counsel).   sf | | |
| 7-16-92 | 142. DEFT'S PRO SE MOTION - for return of property. | | |
| 7-17-92 | 143. GOVT'S RESPONSE TO DEFT EMANUEL BROWN'S MOTION FOR RETURN OF PROPERTY.   nd | | |
| 7-31-92 | RECORD ON APPEAL in 20 Volumes sent to 4th Cir Court of Appeals.   nd | | |

AO 256A                                          Interval       Start Date
                                              (per Section II)   End Date

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET — EMANUEL BROWN — Cr-90-240-CR-1

Page 14

| DATE | PROCEEDINGS (continued) [Document No.] | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 7-31-92 | 144. DEFT'S TRAVERSE TO GOVT'S RESPONSE RE RETURN OF DEFT'S PROPERTY. ch | |
| 8-4-92 | SUPPLEMENT NO. 1 to record on appeal sent to Court of Appeals as Volume #21. (SEALED). nd | |
| 8-13-92 | ACKNOWLEDGMENT from 4th Cir of receipt of Supplement #1. sf | |
| 9-28-92 | 145. DEFT'S MOTION FOR EXHIBIT COPY - of govt exhibit no. 7. ch | |
| 10-6-92 | 146. GOVT'S ANSWER TO DEFT'S MOTION FOR EXHIBIT COPY. nd | |
| 10-19-92 | 147. DEFT'S RESPONSE TO PLAINTIFF'S ANSWER TO DEFT'S MOTION FOR EXHIBIT COPY. nd | |
| 1-8-93 | 148 OPINION OF THE 4th CIR - Dist Ct is affirmed. sf | |
| 1/28/93 | 149 DEFT'S PRO SE MOTION REQUESTING FINAL DISPOSITION ON PENDING MOTION FOR RETURN OF PROPERTY. sf | |
| 1/29/93 | 150 DEFT'S PRO SE MOTION REQUESTING FINAL DISPOSITION ON PENDING MOTION FOR EXHIBIT COPY. | |
| | 151 JUDGMENT of the 4th Cir consistent w/opinion. sf | |
| 5-18-93 | 152. RECEIPT acknowledged by U. S. Atty for GOVT EXHIBITS #1, 3B, 5, 6, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 18A, 19, 20A, 20B, 21A, 21B, 21C, 22, 23, 24, 26A, 26B, 27, 28, 30, 32, 33, 34, 36, 37, 38, 39, 40, 41, 42, 43, & 44. nd | |
| 6-16-93 | 153. RECEIPT acknowledged by Atty Susan Hayes for DEFT EXHIBITS #1, 2, 7, 14, 15, 16 & 18. nd | |
| 11/17/94 | 154. ORDER signed by Jd. Tilley that deft's motion for an exhibit copy is DENIED as moot. Ccs dist. jw | |
| 7/5/96 | 155. ORDER signed by Jd. Tilley that deft's motion requesting final disposition on return of property is GRANTED; and Deft's motion for return of property is DENIED. Ccs dist jw | |
| 5/5/97 | 156. 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE OF PETR. (Hand-written) (2:97CV00427) | |
| | 157. ORDER OF DISMISSAL WITHOUT PREJUDICE TO PETITIONER FILING A NEW 2255 (signed by MJ Sharp) This action is dismissed sua sponte w/out prejudice to petr filing a corrected 2255 w/in 30d from the filing date of this order. The Clerk is instructed to send petr 2255 forms & instructions (2:97CV00427) jl | |
| 7/7/97 | 158. 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE OF PETR (1:97CV724) | |
| | 159. Memorandum in support of 2255 Motion (1:97CV724) | |
| | 160. ORDER OF DISMISSAL. [158-1] 2255 Motion is dismissed sua sponte w/out prejudice to petr filing a corrected 2255 Motion w/in 30d from the filing date of this order to guard against inadvertent violations (1:97CV724) sgn by MJ Sharp | |

D 256A

Interval (per Section III) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs EMANUEL BROWN    PAGE 15    Cr-90-24
AO 256A    Yr. | Docket

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE |
| --- | --- | --- |
| | (Document No.) | (a) \| (b) |
| 7-16-97 | 161. 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE OF PETR. (1:97cv761) | |
| | 162. ORDER (signed by MJ Sharp) directing the USA to file a response to the 2255 Motion w/in 60d from the entry of this order (1:97cv761)   sb | |
| 7-16-97 | 163. APPLICATION TO PROCEED IFP (1:97cv761) | |
| | ~~164. Petr.'s MOTION TO ALLOW 1 ADDITIONAL PAGE TO BE ADDED TO THE PRESENT 2255~~ | |
| | 164. ORDER signed by MJ Sharp denying 164-1 Motion to allow 1 additional page, and that the clerk return the propsed added page unfiled. (1:97cv761) sb | |
| 8/15/97 | 165. 2255 MOITON TO VACATE, SET ASIDE, OR CORRECT SENTENCE OF PETR. (1:97CV869) | |
| | 166. MEMORANDUM IN SUPPORT OF 2255 MOTION. (1:97CV869). | |
| | 167. ORDER OF DISMISSAL. This action is dismissed w/out prejudice to petr. proceeding as directed in the already pending action. (1:97CV869). ccs dist.. sb | |
| 9/18/97 | 168. Response by USA to petr.'s 2255 motion. (Exhibits attached) (2:90cr240-1). | rw |
| 9/18/97 | 169. Motion by USA for Leave to File Response Out of Time. (2:90Cr240-1) | rw |
| 9/19/97 | 170. Letter to petr. re: right to respond(1:97CV761) | rw |
| 9/23/97 | 171. Order signed by Mag. Jd. Sharp granting the USA to file response to petr.'s 2255 petition out of time. (1:97CV761) | rw |
| 10/02/97 | 172. Petr.'s reply to Governments's Response. (1:97CV761) | rw |
| 10/06/97 | 173. Response by USA to petr.'s reply to government's response of 2255 Motion to Vacate, Set Aside, or Correct Sentence. (1:97CV761) | rw |
| 10/08/97 | 174. Deficiency Order signed by Mag. Jd. Sharp re: pleading [172-1], lacks an original signature. The documents is hereby stricken w/out prejudice to the filing of a proper document(s) which corrects the deficiency.(1:97CV761) | rw |

Interval (per Section II)    Start Date / End Date

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 10/20/97 | 175. Petr.'s corrected reply to Government's Response. (1:97CV761) | rw | | | |
| 10/20/97 | 176. Petr.'s response to the Government's Reply filed on 10/6/97. (1:97CV761) | rw | | | |
| 10/20/97 | 177. Motion by petr. for the Appointment of Expert Testimony Under the Provisions of the Criminal Justice Act. (1:97CV761) | rw | | | |
| 1/22/98 | 178. Paperwriting by petr. requesting copies, pursuant to the Freedom of Information Act & the Privacy Act, of all records and/or data pertaining to petr. (Stricken) | sb | | | |
| 1/27/98 | 179. DEFICIENCY ORDER (signed by MJ Sharp). [178-1] paperwriting is deficient in that the caption does not identify the nature of the document and it lacks a cert. of service. The document is hereby stricken w/out prejudice to the filing a proper document w/in 20d of the filing date of this order. | sb | | | |
| 1/27/98 | 180. Recommendations of Mag/Judge Sharp that Petr 2255 Motion to Vacate (#161) be denied, and that this action be dismissed. Ancillary motions filed by Petr. are w/o merit in light of this Recommendation and should be denied. (1:97CV761) | ah | | | |
| 1/28/98 | 181. Notice of mailing recommendations. ah | | | | |
| 2/5/98 | 182. (Pro Se) Motion Under the Provisions of the Freedom of Information Act. | sb | | | |
| 02/09/98 | 183. Objections by petitioner to Mag. Jd. Recceommendations entered 01/27/98. (1:97CV761) | rw | | | |
| 04/02/98 | 184. Order signed by Judge Tilley that petr.'s motion to vacate, set aside or correct sentence be DENIED and that this action be dismissed. A Judgment dismissing this action with prejudice will be entered contemporaneously with this Order. In view of this disposition, petr.'s various motions are DENIED as without merit. (1:97CV761) | rw | | | |
| 04/02/98 | 185. Judgment signed by Judge Tilley ORDERING AND ADJUDGING that this action be, and the same hereby is dismissed with prejudice. (1:97CV761) | rw | | | |
| 4/20/98 | 186. NOTICE of appeal of [185-1] order by deft. (1:97CV761). | ve | | | |
| 4/20/98 | 187. NOTICE of transmittal of NOA and certified copy of dkt entries to USCA. (1:97CV761). | ve | | | |

FINE

CASE NBR: Cr-90-240-01-G

CASE IDENTIFICATION:

USA v. Emanuel Brown

FUND: 504100

| Date | Description | Received | Disbursed | Bal: |
|---|---|---|---|---|
| 7/12/91 | Judgment 7/10/91: 100.00 special assessment | | | CL |
| 12/19/91 | Payment Received Rec 36230 | 100.00 | | |

PAYMENT FOR TRANSCRIPT

CASE NBR: Cr-90-240-01-G

CASE IDENTIFICATION:

USA v. Emanuel Brown

FUND: 092040 2532 RESCJAF 9024001 #1685

| Date | Description | Received | Disbursed | Bal |
|---|---|---|---|---|
| 8/12/91 | Courte Ordered payment for transcript | | | |
| 8/9/91 | Payment Received Rec 35304 | 200.00 | | |
| 8/16/91 | Payment Received Rec 35352- | 500.00 | | CL |

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET** U.S. vs
EMANUEL BROWN

Cr-90-24

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE (a) | (b) |
|---|---|---|---|
| | (Document No.) | | |
| 4/29/98 | 188: NOTICE of recpt of NOA from USCA re: [186-1] Notice of Appeal. USCA Case No. 98-6584. Case Manager: Shirley J. Beasly. (1:97CV761). | | ve |
| 4/30/98 | -- TRANSMITTAL of 20-vol. ROA to USCA re: [186-1] appeal. 3 vols. pleadings and 17 vols. transcripts. USCA Case No. 98-6584. Case Manager: Shirley J. Beasly. (1:97CV761). | | ve |
| 5/7/98 | -- USCA ack recpt of 20-vol ROA: 3 vols. pleadings & 17 vols. transcripts, re:[186-1] appeal. USCA case No. 98-6584. Case Manager: Shirley J. Beasley. (1:97CV761). | | ve |
| 7/13/98 | 189. OPINION OF USCA dismissing the appeal, denying a cert. of appealability & denying appellant's motion for appointment of counsel. | sb | |
| 9/2/98 | 190. JUDGMENT OF USCA dismissing the appeal and denying a certificate of appealability. (1:97CV761) (98-6584) | sb | |
| 9/2/98 | -- ROA returned from USCA in 20 vols. | sb | |
| 8/26/02 | 191. Letter by EMANUEL BROWN submitted on 8/12/02. | cb | |
| 8/26/02 | 192. ORDER that Plaintiff's letter submitted on 8/12/02 be filed but that no further action be taken on it. Ccs. dist. | cb | |
| 9/23/02 | 193. Letter requesting a copy of a search warrant by EMANUEL BROWN. | cb | |
| 10/3/02 | 194. ORDER that Defendant's letter be filed but that no further action be taken on it. Signed by MAG/JUDGE SHARP. Ccs. dist. | cb | |

Interval (per Section II) | Start Date / End Date