# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EMANUEL BROWN,                )
                              )
    Petitioner,           )
                              )
    v.                    )   1:97CV761
                              )   2:90CR240-1
UNITED STATES OF AMERICA,     )
                              )
    Respondent.           )

### O-R-D-E-R

On January 27, 1998, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that petitioner's motion to vacate, set aside or correct sentence (Docket No. 161) be **DENIED** and that this action be dismissed. A Judgment dismissing



this action with prejudice will be entered contemporaneously with this Order. In view of this disposition, petitioner's various motions are **DENIED** as without merit.

/s/ H. Carleton Tilley
United States District Judge

April
~~March~~ 2 , 1998

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EMANUEL BROWN, )
 )
    Petitioner, )
 )   1:97CV761
v. )   2:90CR240-1
 )
UNITED STATES OF AMERICA, )
 )
    Respondent. )

J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is dismissed with prejudice.

_____
United States District Judge

April
~~March~~ 2 , 1998