UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
July 26, 2005

No. 05-377
CR-90-240

In Re: EMANUEL BROWN

    Movant

ORDER

    Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

    The Court denies the motion.

    Entered at the direction of Judge Williams with the concurrence of Judge Wilkinson and Judge Michael.

For the Court,

/s/ Patricia S. Connor
<u>                     </u>
CLERK

