```
            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA

EMANUEL BROWN,                )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 06-153 RMC
                              )
WACHOVIA BANK, et al.,        )
                              )
          Defendants.         )
                              )
```

## MOTION FOR SUMMARY JUDGMENT

The federal defendants motion for summary judgment appears at docket number 30, where the summary judgment motion is combined with the motion to dismiss.

```
                    Respectfully submitted,
                         /s/
                    FRED E. HAYNES, DC Bar #165654
                    Assistant United States Attorney
                    555 4th Street, N.W., E-4110
                    Washington, D.C. 20530
```

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion For Summary Judgment to be served by first class mail, postage prepaid, this 26th day of January, 2007, on:

>    Emanuel Brown
>    R00594-158
>    Federal Correctional
>    Institution – Schuylkill
>    P.O. Box 759
>    Minersville, PA 17954

>                    /s/
>    Fred E. Haynes, D.C. Bar # 165654
>    Assistant United States Attorney
>    555 4th Street, N.W., Room E-4110
>    Washington, D.C. 20530
>    (202) 514-7201