IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Emanuel Brown/Plaintiff

V.

Wachovia Bank et al.,                               Civil No. 06-153 RMC

MOTION TO ADD SUPPLEMENTAL
PLEADINGS UNDER FEDERAL RULES
OF CIVIL PROCEDURE RULE 15(d):

Pursuant to Federal Rule of Civil Procedure 15(d), the Plaintiff respectfully request that this Honorable Court accept the Plaintiff's Supplemental motion filed on January 24, 2007. The Plaintiff realized that in his original response to Defendant Wachovia Bank's Motion To Dismiss dated 1-12-2007, he did not adequately dispute and or specifically respond to Defendant Wachovia Bank's allegation contained in point (3), **"Plaintiff's complaint amounts to a collateral attack on a fifteen-year old order of the U.S. District Court for the Middle District of North Carolina, incident to a criminal matter involving Plaintiff; as such, it fails to state a claim upon which relief can be granted"**.

The Plaintiff believe's that the Supplemental response filed on 1-24-2007, should sufficiently answer the Defendant Wachovia Bank's point (3) in their one page reply, and therefore, request that the Defendant Wachovia Bank's Motion To Dismiss be denied with prejudice. Furthermore, it should be noted that a defendant challenging a restitution order cannot use a 28 U.S.C. §2255 collateral proceedings, because §2255 are only for purposes of attacking a Conviction and Sentence. See, **Cani V. U.S. 331 F.3d 1210 (11th Cir. 2003)**, "Section 2255 cannot be utilized by a federal prisoner who challenges only the restitution portion of his sentence".

RECEIVED
JAN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Emanuel Brown, the Plaintiff, hereby certify that on this 25th day of January, 2007, a true and accurate copy of the Plaintiff's Supplemental response to Defendant Wachovia Bank's Motion To Dismiss, was served by first class mail, postage prepaid to:

Mr. Grady C. Frank Jr.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia. 22102.

Counsel For Wachovia Bank, N.A.

Mr. Fred E. Haynes
Asst.U.S. Attorney
555 4th Street N.W. E-4110
Washington, D.C. 20530.

Counsel for Federal Defendant's, Attorney General, Alberto Gonzales, Director of the Bureau of Prisons, Harley G. Lappin; The U.S. Probation Department; and Asst. U.S. Attorney, John W. Stone Jr; and the U.S. Justice Department.

Respectfully Submitted

*Emanuel Brown*

Emanuel Brown/Plaintiff
Pro-Se
P.O. Box 759 #00594-158
Minersville, Pa. 17954.