U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: John W. Stone, Jr.
Asst. Us Attorney/NCSB #8046
POB 1858
Greensboro, NC 27402

Civil Action, File Number 06-153 RMC

Emanuel Brown
V.
Wachovia Bank, Et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

...t part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...pose. Keep copy 3 for your records.

...OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...ther entity, you must indicate under your signature your relationship to that entity. If ...uthorized to receive process, you must indicate under your signature your authority.

...2 of this form to the sender within ___ days, you (or the party on whose behalf you ...curred in serving a summons and complaint in any other manner permitted by law.

...this form, you (or the party on whose behalf you are being served) must answer the ...were sent. If you fail to do so, judgment by default will be taken against you for the

...otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (*USMS Official*)

...OF RECEIPT OF SUMMONS AND COMPLAINT

...d a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
John W. Stone, Jr.
Asst. US Atty/NCSB
POB 1858
Greensboro, NC 27402

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

GREENSBORO NC MAIN OFFICE 27420 FEB 8 2007 USPS

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 1160 0004 4136 8342

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

06-153 2/16/07 JRT

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: John M. Johnston - FBI Special Agent
601 Market St., Philadelphia, PA 19106

Civil Action, File Number 06-153 RMC

Emanuel Brown

v.

Wachovia Bank, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: John M. Johnston FBI-Special Agent 601 Market St. Phil., PA 19106

COMPLETE THIS SECTION ON DELIVERY

A. Signature [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) James E Robinson C. Date of Delivery 2/2

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☒ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 1160 0004 4136 8335

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

06-153 RET 2/6/07

...part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...se. Keep copy 3 for your records.

...WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...her entity, you must indicate under your signature your relationship to that entity. If ...thorized to receive process, you must indicate under your signature your authority.

... of this form to the sender within ___ days, you (or the party on whose behalf you ...curred in serving a summons and complaint in any other manner permitted by law.

...this form, you (or the party on whose behalf you are being served) must answer the ...vere sent. If you fail to do so, judgment by default will be taken against you for the

...otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

...OF RECEIPT OF SUMMONS AND COMPLAINT

...ed a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

RECEIVED

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)