

U.S. Department of Justice

United States Attorney
Middle District of North Carolina

*101 South Edgeworth Street*  *Phone (336) 333-5351*
*P. O. Box 1858*
*Greensboro, NC 27401*  *Criminal Fax (336) 333-5381*
*Civil Fax (336) 333-5257*
*Administration Fax (336) 333-5561*

February 12, 2007

Ms. Francine Tolliver
U.S. Marshals Service
District of Columbia
333 Constitution Ave., NW, Suite 1400
Washington, DC 20001-2810

**RECEIVED**

FEB 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: <u>Emanuel Brown v. Wachovia Bank, et al.</u>
    Civil Action Number 06-153 RMC

Dear Ms. Tolliver:

Enclosed you will find the executed Notice and Acknowledgment of Receipt of Summons and Complaint by Mail in the above referenced case.

Very truly yours,

ANNA MILLS WAGONER
United States Attorney

*/s/ Anita Engle*
Anita Engle
Legal Assistant

Enclosure

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
John W. Stone, Jr.
Asst. Us Attorney/NCSB #8046
POB 1858
Greensboro, NC 27402

Civil Action, File Number __06-153 RMC__

__Emanuel Brown__
                            V.
__Wachovia Bank, Et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__2/6/07__                                              _[signature]_
Date of Signature                                       Signature *(USMS Official)*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

RECEIVED 2007 FEB -6 A 10:37 US MARSHALS OFFICE DISTRICT OF COLUMBIA

__P.O. Box 1858__
Street Number and Street Name or P.O. Box No.

__Greensboro, NC 27402__
City, State and Zip Code

__John W. Stone, Jr.__
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

__February 12, 2007__
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 1 - Clerk of Court