IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Emanuel Brown/Plaintiff

    V.

Wachovia Bank, et al.,/Defendants        Civil No. 06-153 RMC

*Let this be filed
RMC 3/2/07*

REPLY TO THE U.S. GOVERNMENT
RESPONSE BRIEF DATED 2-15-07

1) The Plaintiff agrees to points (1) and (2) of the Government's reply brief.

2) However, the Plaintiff respectfully states that points (3)(4)(5)(6) & (7), has been adequately responded to in the Plaintiff's initial reply brief to the Government's Motion To Dismiss and or issue Summary Judgment dated January 26, 2007.

3) The Plaintiff does not believe that, in the interest of justice, Defendants, Mr. John M. Johnston, and Mr. John W. Stone Jr, should be dismissed as Defendants in this case due to their unlawful and or illegal activities. Plus the fact, both Defendants did have minimum contact with the U.S. Justice Department in Washington, D.C.

4) Nonetheless, if this Honorable Court decides to dismiss Defendants Johnston and Stone based upon conceded points in (1) and (2), or for any other legal or factual reason, the Plaintiff still has a cause of action against the Defendant Wachovia Bank.

Respectfully Submitted
Emanuel Brown/Plaintiff
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

*Emanuel Brown*

RECEIVED

FEB 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Emanuel Brown, the Plaintiff, hereby certify that I caused a copy of the foregoing reply, to be sent to federal Defendants, relating to the second reply brief dated February 15, 2007, to be served by first class mail, postage prepaid, this 26, day of February, 2007, to:

Mr. Fred E. Haynes
Asst. U.S. Attorney
555 4th Street N.W. Room E-4110
Washington, D.C. 20530.

Emanuel Brown/Plaintiff
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

*Emanuel Brown* (signature)