UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMANUEL BROWN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 06-0153 (RMC) |
| | ) |
| **WACHOVIA BANK, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

In accordance with the Memorandum Opinion issued in this case, it is hereby

**ORDERED** that Defendant Wachovia Bank's motion to dismiss [Dkt. #24] is **GRANTED**. It is

**FURTHER ORDERED** that Federal Defendants' motion to dismiss [Dkt. # 30] or, in the alternative [Dkt. # 31], for summary judgment is **GRANTED**. It is

**FURTHER ORDERED** that defendants Wachovia Bank, Alberto Gonzales, Harley G. Lappin, John W. Stone, Jr., United States Probation Department, United States Department of Justice, John M. Johnston, Kennedy Thompson, John Doe, and Jane Doe are **DISMISSED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Dated: May 10, 2007