IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Emanuel Brown/Plaintiff

V.

Wachovia Bank/Defendant et al.,                Civil No. 06-0153(RMC)

THIS MOTION IS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE
RULE 59(e) RECONSIDERATION OF THE DISTRICT COURT'S ORDER DATED
MAY 10, 2007:

_____

**RECEIVED**

MAY 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Emanuel Brown/Plaintiff
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Emanuel Brown/Plaintiff

    V.

Wachovia Bank/Defendant et al.,          Civil No. 06-0153(RMC)

Comes Now, the Plaintiff, Emanuel Brown, respectfully request that this Honorable Court reconsider its Order dated 5-10-07, under Federal Rules of Civil Procedure, Rule 59(e), based upon the following facts of record:

1) The Plaintiff did not receive a copy of the 5-10-07 Court Order until 5-18-07, and the Plaintiff has put this motion in the prison legal mailbox on 5-29-07. Therefore, this rule 59(e) motion is timely. If for any reason this Honorable Court does not consider this motion to be timely, the Plaintiff request a (15) day Enlargement of time, to resubmitt this 59(e) motion.

2) The Plaintiff states that Defendant Wachovia Bank; Defendant FBI Agent John M. Johnston; And Defendant Kennedy Thompson, has intentionally violated Federal Rules of Civil Procedure, Rule 4(a), Rule 11(a), Rule 12(a)(1)(A), and Federal Rules of Criminal Procedure, 18 U.S.C.§402.

**Rule 4. Summons.**

**(a) Form.** The summons shall be signed by the clerk, bear the seal of the court, identify the court and the parties, be directed to the defendant, state the name and address of the plaintiff's attorney or, if unrepresented, of the Plaintiff.

4(a).... It shall also state the time within which the defendant must appear and defend, and notify the defendant that failure to do so will result in a judgment by default against the defendant for the relief demanded in the complaint. According to the Memorandum Opinion dated 5-10-07 on page (1), Defendant Kennedy Thompson was given a Court Order Summons by the U.S. Marshal's Service on December 18, 2006. Defendant Thompson had (20) days to respond to the original Complaint under Federal Rules of Civil Procedure Rule 12(a)(1)(A). The Plaintiff is not aware of the date and time, Defendant John M. Johnston was served with a copy of the summons.

**Rule 11. (a) <u>Signature</u>.**

Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party. Each paper shall state the signer's address and telephone number, if any. Except when otherwise specifically provided by rule or statute, pleadings need not be verified or accompanied by affidavit. An unsigned paper shall be striken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party.

On January 12, 2007, the Plaintiff responded to the Defendant Wachovia Bank's <u>Motion To Dismiss</u> dated January 8, 2007. On page (2) of the Plaintiff's reply dated 1-12-07, the Plaintiff clearly stated that Defendant Wachovia Bank was in violation of Federal Rules of Civil Procedure Rule 11(a).

However, to the Plaintiff's knowledge, Defendant Wachovia Bank never signed the original Motion To Dismiss or sent the Plaintiff a corrected signed copy of the motion dated 1-8-07.

**Rule 12.**

**Defenses and Objections-When and How Presented-By Pleading or Motion-Motion for Judgment on Pleadings**

**(a) When Presented.**

**(1)** Unless a different time is prescribed in a statute of the United States, a defendant shall serve an answer **(A)** within (20) days after being served with the summons and Complaint, or:

The Plaintiff further states that Defendant's John M. Johnston; and Kennedy Thompson, are in violation of Federal Rules of Criminal Procedure, 18 U.S.C.§402. **Contempts constituting crimes.**

Any person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree, or command of any district court of the United States or any court of the District of Columbia, by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character or to constitute also a criminal offense under any statute of the United States or under the laws of any State in which the act was committed, shall be prosecuted for such contempt as provided in section **3691** of this title and shall be punished by a fine under this title or imprisonment or both.  The Plaintiff respectfully request that this Honorable Court Order the named Defendant's in this motion to give the Plaintiff $82,365,85, plus interest from 1990 & 1995 respectively, due the violations outlined in this motion.

Respectfully Submitted
Emanuel Brown/Plaintiff

(3)

*Emanuel Brown*

CERTIFICATE OF SERVICE

I, Emanuel Brown, the Plaintiff, hereby certify that on this 29, day of May, 2007, a true and accurate copy of the Plaintiff's Motion For Reconsideration Under The Federal Rules of Civil Procedure, Rule 59(e), a Notice of Appeal pursuant to the Federal Rules of Appellate Procedure Rule 3(d)(1), was served by first class mail, postage prepaid to:

Mr. Grady C. Frank Jr.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia. 22102.

Counsel For Wachovia Bank, N.A.

Mr. Fred E. Haynes
Asst. U.S. Attorney
555 4th Street, N.W. E-4110
Washington, D.C. 20530.

Respectfully Submitted
Emanuel Brown/Plaintiff

*Emanuel Brown*
Signature

P.O. Box 759 #00594-158
Minersville, Pa. 17954.