United States District Court for the _____

District of __Columbia__

File Number __1: 06-153 (RMC)__

**Emanuel Brown, et al.,**
    **Plaintiff**

        v.      )      Notice of Appeal

**Wachovia Bank, et al.,**
    **Defendant**

Notice is hereby given that __Emanuel Brown/Plaintiff__ (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the __D.C.__ Circuit (from the final judgment) (from the order (describing it)) entered in this action on the __10__ day of __May__, 20__07__.

**Court Order Granting The Defendant's Motion To Dismiss**

(s) _Emanuel Brown_
           _Pro-Se_

Attorney for _____

Address: __P.O. box 759 #00594-158__

__Minersville, Pa. 17954.__

* See Rule 3(c) for pemissible ways of identifying appellants.

**RECEIVED**

MAY 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT