IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

RECEIVED
JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Emanuel Brown/Plaintiff

V.

Wachovia Bank, et al.,/Defendant          Civil No. 06-0153 (RMC)

---

THIS MOTION IS FILED PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 55 (b)(1): 4(a), 12(a)(1)(A).

---

Comes Now, the Plaintiff respectfully states that the Clerk of Court should enter a default monetary judgment against Defendant Former FBI Agent John M. Johnston, and Kennedy Thompson, in the amount of $82,365.85, plus whatever interest is normally computed for default judgments, pursuant to the Federal Rules of Civil Procedure, Rule 55 (b)(1). The Plaintiff does not know for a fact, but believe's that Defendant Johnston was served a legal summons by the U.S. Marshal's Service between July 14, 2006 and January 8, 2007. Defendant Kennedy Thompson was served a legal summons by the U.S. Marshal's Service on December 18, 2006. Both Defendant's has intentionally violated Federal Rules of Civil Procedure Rule 4 (a) and should be sanctioned by the default judgment in Rule 55(b)(1). The Plaintiff will be unable to serve Defendant Johnston with a copy of this Motion, because the Plaintiff does not have a mailing address for Defendant Johnston.

Respectfully Submitted
Emanuel Brown/Plaintiff
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

*Emanuel Brown*
---
Signature

## CERTIFICATE OF SERVICE

I, Emanuel Brown, the Plaintiff, hereby certify that on this 30, day of May, 2007, a true and accurate copy of the Plaintiff's Motion for a Default Judgment, under Federal Rules of Civil Procedure, Rule 55(b)(1) was served by first class mail, postage prepaid to:

Mr. Kennedy Thompson/Chairman
The Wachovia Corporation
1526 West W.T. Harris Boulevard
Charlotte, N.C. 28262.

Emanuel Brown/Plaintiff
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

*Emanuel Brown*
-------------------------
Signature