```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

EMANUEL BROWN,                 )
                               )
         Plaintiff,            )
                               )
    v.                         )  Civil Action No. 06-153 RMC
                               )
WACHOVIA BANK, et al.,         )
                               )
         Defendants.           )
                               )
```

MOTION FOR TWO-DAY EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S
<u>MOTION TO ALTER OR AMEND THE JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the federal defendants move for a two-business day extension of time to file an opposition to plaintiff's motion to alter or amend the judgment in this case. Because of the difficulties in contacting prisoners, undersigned counsel (Fred E. Haynes) has not sought to determine plaintiff's position on this motion.

Undersigned counsel had anticipated completing the opposition to the Rule 59 motion in time for filing today; however, other litigation matters diverted his attention over the weekend and three depositions today took longer than he had anticipated, so he cannot complete preparation of the opposition in time for supervisory review this evening. Additionally, he has a doctor's appointment tomorrow morning. An additional two days is, therefore, needed.

Attached is a draft order reflecting the requested extension

of time.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR, DC Bar #498610
                    United States Attorney

                    RUDOLPH CONTRERAS, DC Bar #434122
                    Assistant United States Attorney
                        /s/
                    FRED E. HAYNES, DC Bar #165654
                    Assistant United States Attorney
                    555 4th Street, N.W., E-4110
                    Washington, D.C. 20530

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

EMANUEL BROWN,                  )
                                )
            Plaintiff,          )
                                )
      v.                        )   Civil Action No. 06-153 RMC
                                )
WACHOVIA BANK, et al.,          )
                                )
            Defendants.         )
_____)

## ORDER

UPON CONSIDERATION of the motion by the federal defendans for an extension of time of two days to respond to plaintiff's motion to alter or amend the judgment in this case, it is this \_\_\_\_\_ day of _____, 2007,

ORDERED that the federal defendants shall have to and including June 13, 2007, to respond to the motion to alter or amend the judgment in this case.

                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion For Two-Day Extension Of Time To Respond To The Motion To Alter Or Amend The Judgment to be served by first class mail, postage prepaid, this 11th day of June, 2007, on:

>    Emanuel Brown
>    R00594-158
>    Federal Correctional
>    Institution – Schuylkill
>    P.O. Box 759
>    Minersville, PA 17954

>                    /s/
>    Fred E. Haynes, D.C. Bar # 165654
>    Assistant United States Attorney
>    555 4th Street, N.W., Room E-4110
>    Washington, D.C. 20530
>    (202) 514-7201