```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

EMANUEL BROWN,                  )
                                )
          Plaintiff,            )
                                )
     v.                         ) Civil Action No. 06-153 RMC
                                )
WACHOVIA BANK, et al.,          )
                                )
          Defendants.           )
                                )
```

FURTHER MOTION FOR AN EXTENSION OF
TIME (OF ONE DAY) TO RESPOND TO PLAINTIFF'S
MOTION TO ALTER OR AMEND THE JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the federal defendants move for a further extension of time, of one day, to file an opposition to plaintiff's motion to alter or amend the judgment in this case. Because of the difficulties in contacting prisoners, undersigned counsel (Fred E. Haynes) has not sought to determine plaintiff's position on this motion.

Undersigned counsel completed the opposition today later than expected due to other litigation responsibilities. The opposition was not completed in time for supervisory review and filing today. An additional one day is therefore needed. Attached is a draft order reflecting the requested extension of time.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

```
                    /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., E-4110
Washington, D.C. 20530
```

```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

EMANUEL BROWN,                    )
                                  )
            Plaintiff,            )
                                  )
      v.                          ) Civil Action No. 06-153 RMC
                                  )
WACHOVIA BANK, et al.,            )
                                  )
            Defendants.           )
_____)

### ORDER

UPON CONSIDERATION of the further motion by the federal defendants for an extension of time of one day to respond to plaintiff's motion to alter or amend the judgment in this case, it is this _____ day of _____, 2007,

ORDERED that the federal defendants shall have to and including June 14, 2007, to respond to the motion to alter or amend the judgment in this case.

                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion For A Further Extension Of Time To Respond To The Motion To Alter Or Amend The Judgment to be served by first-class mail, postage prepaid, this 13th day of June, 2007, on:

> Emanuel Brown
> R00594-158
> Federal Correctional
> Institution – Schuylkill
> P.O. Box 759
> Minersville, PA 17954

> /s/
> Fred E. Haynes, D.C. Bar # 165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201