UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**RECEIVED**

JUN 2 5 2007

Emanuel Brown, Plaintiff

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

Wachovia Bank, et al,/Defendant                Civil Action No.
                                               06-153 RMC


PLAINTIFF'S RESPONSE TO FEDERAL DEFENDANTS OPPOSITION TO PLAIN-
TIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT UNDER FED.R.CIV.P.
RULE 59(e):

Comes Now, the Plaintiff, Emanuel Brown, responds to the Federal

Defendants Opposition Motion filed on 6-14-07. The Federal Defen-

dants Counsel stated on page (1), that "We are appearing on his

behalf, (retired FBI Special Agent John M. Johnston) in connection

with this opposition to rule 59(e) motion only to the extent that

the complaint and the amended complaint may be interpreted to seek

relief against him in his official capacity". First and foremost,

Defendant Johnston is being sued in the amended complaint in his

individual and personal capacity, and due to Defendant Johnston's

illegal actions, he is not entitled to qualified immunity. Plus the

fact, Defendant Johnston cannot be represented by the Federal Defen-

dants counsel because, Defendant Johnston's unlawful activity was

not part of his official duties as a FBI Agent.  U.S Government

agents and or officials are only protected by statutory law when

they commit legal acts, not criminal acts!

Defendant Johnston had no legal authority from any U.S. Magistrate Judge in the State of North Carolina, to arrest the Plaintiff for bank robbery. Defendant Johnston had no legal authority from any U.S. Magistrate Judge in the State of Pennsylvania, to search and seize $67,365.85 from the Plaintiff's personal residence. On page (4), Federal Defendants counsel stated "The return-receipt card shows that a James E. Robinson signed for the letter. The Court may take  judicial notice that 601 Market Street in Philadelphia, is the United States Courthouse, not the FBI field office". Federal Defendants counsel obviously is not aware that, the Philadelphia FBI field office is in the same building as the United States Court-house, located at 601 Market Street. Certainly, the U.S. Marshal's Service who sent the Certified return-receipt card to 601 Market Street, knew in advance that the FBI field office where retired FBI Agent John M. Johnston used to work, was located at 601 Market Street, Philadelphia, Pa.   The Federal Defendants Opposition motion does not indicate whether Mr. James E. Robinson, is an employee of the Clerk's Office, or the FBI Office, and may have forwarded the summons and complaint to Mr. Johnston's personal residence. On page (5), the Federal Defendants counsel stated "the events giving rise to the case must have occurred here or there must be some basis for jurisdiction under the District of Columbia's long-arm statute, D.C. Code section 13-423 or otherwise". The Plaintiff states that, the U.S. Department of Justice is located in Washington, D.C. and all employees of the U.S. Department of Justice are subject to traveling to and from the U.S. Department of Justice as part of their official duties.

(2)

Every FBI Agent conducts regular official business with the U.S. Department of Justice in Washington, D.C.   It appears on page (5) that the Federal Defendants counsel is claiming that under Superior Court Civ.P.R. 4(c)(3), the Plaintiff did not file an affidavit to show what actions he took to serve the complaint by certified mail. However, 4(L), Proof of Service states, "If service is made by a person other than a United States Marshal or deputy United States Marshal, the person shall make affidavit therof". Also, the Plaintiff respectfully states that the Federal Defendants counsel waived any legal defenses for retired FBI Agent Johnston, because it had previously took the legal position that "Also named as a defendant is retired FBI Agent, John M. Johnston. As reflected in the docket of this case, he has not been served with a copy of the summons and complaint in this case and is <u>not represented</u> by undersigned counsel in this case. See, Federal Defendants Motion To Dismiss, page (2), footnote (1)".  In addition, this Honorable Court stated in its <u>Memorandum Opinion</u>, dated 5-10-07, on page (2), footnote (4), "Because Defendant John M. Johnston is a former employee of the FBI, he is not represented by the United States Attorney and has not filed an answer". However, since Plaintiff is a prisoner proceeding <u>in forma Pauperis</u>, the court can consider whether Plaintiff has failed to state a claim against Defendant Johnston or whether Mr. Johnston is immune from relief". See, **28 U.S.C.§1915A**. The Court may also review the claims as they pertain to Mr. Thompson, who has also failed to file an answer in this case.

(3)

**28 U.S.C.§1915A.** <u>Screening</u>:

(a), The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. The Plaintiff respectfully states that the district court's reliance on 28 U.S.C.§1915A to protect and defend the monetary interest of Defendants Johnston and Thompson is seriously misplaced and or misconstrued, because Defendant Johnston is no longer an employee of the federal government, and Defendant Thompson is not an employee of the federal government.

In view of the fact that Federal Defendants counsel is now claiming that they represent retired FBI Agent John M. Johnston, the Plaintiff will forward a copy of the Plaintiff's Motion for a <u>Default</u> judgment under Fed.R.Civ.P. 55(b)(1), filed on May 30, 2007. Once again, the Plaintiff respectfully request that this Honorable Court order a default judgment in the amount of $82,365.00 plus interest, against Defendants, Wachovia Bank, John M. Johnston, and Kennedy Thompson, for violations of Fed.R.Civ.P. 4(a), 8(a), 11(a), 12(a) (1)(A), and 18 U.S.C.§402.

Respectfully Submitted
Emanuel Brown/Plaintiff
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

_Emanuel Brown_
Signature

(4)

CERTIFICATE OF SERVICE

I, Emanuel Brown, the Plaintiff, hereby certify that on this 21, day of June 2007, a true and accurate copy of the Plaintiff's response to the Federal Defendants Motion in Opposition of the Plaintiff's Motion under Fed.R.Civ.P. Rule 59(e), was served by first class mail, postage prepaid To:

Mr. Grady C. Frank Jr.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia. 22102.

Counsel For The Wachovia Bank/Defendant

Mr. Fred E. Haynes
Asst.U.S. Attorney
555 4th Street N.W. E-4110
Washington, D.C. 20530.

Counsel For The Federal Defendants

Mr. Kennedy Thompson/Chairman
The Wachovia Corporation
1526 West W.T. Harris Boulevard
Charlotte, N.C. 28262.

Defendant/Unrepresented By Counsel

Emanuel Brown/Plaintiff
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

_Emanuel Brown_

Signature