IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMANUEL BROWN, et al., )<br>)<br>    Plaintiffs, )<br>) | |
| ) | Civil Action No. 06-153 RMC |
| v. )<br>) | |
| WACHOVIA BANK, et al., )<br>) | |
|     Defendants. )<br>) | |

### DEFENDANT G. KENNEDY THOMPSON'S OPPOSITION TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, MOTION TO STRIKE AND FOR LEAVE TO FILE RESPONSIVE PLEADINGS

Defendant G. Kennedy Thompson, by counsel, opposes Plaintiffs' untimely motion for default judgment, moves to strike the motion, and, to the extent necessary, prays the Court's leave to respond to the allegations of the Complaint. In support, Mr. Thompson represents as follows:

Mr. Thompson is the Chairman and Chief Executive Officer of Wachovia Corporation, a public corporation of which Defendant Wachovia Bank, N.A., a federally chartered national banking association, is a wholly owned subsidiary. Neither he nor Wachovia Corporation are in any way involved in the bizarre claims Plaintiff has asserted against Wachovia Bank and the other Defendants. See attached affidavit, attached hereto as <u>Exhibit 1</u>.

The District Court properly dismissed this action as to all Defendants, including Mr. Thompson, by Order of May 10, 2007. Plaintiff noticed an appeal of this Order and, also, filed a Motion for Reconsideration of the Order. Plaintiff's filing a motion for default is untimely and should be denied and/or stricken for that reason alone.

## CONCLUSION

For the foregoing reasons, Thompson respectfully requests that the Court deny Plaintiff's Motion for Default Judgment. In the alternative that the Court grants Plaintiff's motion, Defendant G. Kennedy Thompson requests that he be granted leave to file responsive pleadings.

                                                Respectfully submitted,
                                                G. KENNEDY THOMPSON

                                      By:    /s/ Grady C. Frank, Jr.
                                                            Of Counsel

Grady C. Frank, Jr. (DC Bar No. 433469)
Elizabeth A. Billingsley (DC Bar No. 501226)
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
703.734.4334 (phone)
703.734.4340 (fax)

*Counsel for Wachovia Bank, N.A. and Kennedy Thompson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2007, a true and accurate copy of the foregoing was served by first-class mail, postage prepaid, to:

Emanuel Brown
R00594-158
Federal Correctional Institution – Schuykill
P.O. Box 759
Minersville, PA 17954
*Plaintiff Pro Se*

Jeffrey A. Taylor, Esquire, United States Attorney
Rudolph Contreras, Esquire, Assistant United States Attorney
Fred E. Haynes, Esquire, Assistant United States Attorney
555 4th Street, N.W., E-4110
Washington, D.C. 20530
*Counsel for Federal Defendants (Attorney General, Alberto Gonzales; Director of the Bureau of Prisons, Harley G. Lappin; the U.S. Probation Office; and Assistant U.S. Attorney John W. Stone)*

/s/ Grady C. Frank, Jr.
Grady C. Frank, Jr.

330202

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMANUEL BROWN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-153 RMC |
| v. ) | |
| ) | |
| WACHOVIA BANK, et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF C. VANCE BECK

This day the undersigned, C. Vance Beck, personally appeared before me, the undersigned Notary Public in my jurisdiction aforesaid, and, being duly sworn, states:

1. That he is Senior Vice President and Assistant General Counsel with Wachovia Bank, N.A.

2. That he is over the age of eighteen (18) years, competent to testify, and has personal knowledge of the matters set forth in Defendant G. Kennedy Thompson's Opposition to Plaintiffs' Motion for Default Judgment, Motion to Strike and For Leave to File Responsive Pleadings.

3. That G. Kennedy Thompson is the Chairman, President and Chief Executive Officer of Wachovia Corporation.

4. That Wachovia Corporation is a public corporation.

5. That Wachovia Bank, N.A., is a federally chartered national banking association.

6. That Wachovia Bank, N.A., is a wholly owned subsidiary of Wachovia Corporation.

7. That neither G. Kennedy Thompson nor Wachovia Corporation are or ever have been involved in the underlying facts or circumstances of Plaintiff's claims against Wachovia Bank, N.A.

Dated: 6'26'07    WBeck - SVP

STATE OF NORTH CAROLINA    )
~~CITY~~/COUNTY OF Mecklenburg )    TO WIT:

Subscribed and sworn before me this 26th day of June, 2007.

_____
Notary Public

My commission expires: 1-6-09

330374v1

2