UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Emanuel Brown/Plaintiff

    V.

Wachovia Bank, et al,/Defendant             Civil No. 06-153(RMC)

PLAINTIFF'S RESPONSE TO DEFENDANT G. KENNEDY THOMPSON'S REPLY
DATED 6-26-07, IN OPPOSITION OF THE PLAINTIFF'S DEFAULT MOTION:

Comes Now, the Plaintiff, Emanuel Brown, respectfully states that Defendant G. Kennedy Thompson's Opposition Motion to the Plaintiff's Default Motion is untimely and should not even be considered by this Honorable Court, because Defendant Thompson had (20) days to respond to a lawful summons issued by the U.S. Marshal's on 12-18-06, and willingly choose to ignore the Court's legal process, until after the Plaintiff decided to file a default petition. The Plaintiff's default motion is timely because he could not file a default motion until he had knowledge that Defendant Thompson had violated Fed.R. Civ.P. 4(a) and 12(a)(1)(A). The PLaintiff did not receive this particular information until the district court filed a dismissal order on 5-10-07, whereas the court stated that Defendant Thompson was served a summons on 12-18-06. In addition, the Plaintiff states that Defendant G. Kennedy Thompson's instant motion dated 6-26-07, should be stricken from the record under Fed.R.Civ.P. 11(a), for lack of Signature. This is the second time Counsel for Defendants Wachovia Bank and now G. Kennedy Thompson has disregarded Rule 11(a). Defendant Thompson has waived his legal right to file any responsive pleadinds.

                                            Respectfully Submitted
                                            Emanuel Brown/Plaintiff

                                            *Emanuel Brown* (signature)

RECEIVED
JUL 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I, Emanuel Brown, the Plaintiff, hereby certify that on this 29, day of June, 2007, a true and accurate copy of the Plaintiff's response to Defendant G. Kennedy Thompson's reply dated June 26, 2007, in Opposition to the Plaintiff's Motion for Default Judgment, under Fed.R.Civ.P. 55(b)(1), was served by first class mail, postage prepaid to:

Mr. Grady C. Frank Jr.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia. 22102.

Counsel for Defendant G. Kennedy Thompson

Mr. Fred E. Haynes
Asst. U.S. Attorney
555 4th Street N.W. E-4110
Washington, D.C.20530.

Counsel for the Federal Defendants

Emanuel Brown/Plaintiff
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

*Emanuel Brown*
Signature