UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMANUEL BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACHOVIA BANK, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-153 (RMC) |

### ORDER

Good cause appearing, it is hereby

**ORDERED** that Plaintiff Emanuel Brown's Motion for leave to proceed on appeal in forma pauperis is **GRANTED**.

**SO ORDERED.**

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: July 12, 2007