# United States Court of Appeals

**For The District of Columbia Circuit**

---

**No. 07-5188**  September Term, 2006

06cv00153

*Let this be Filed in 06-153*
*RM Collyer 7/11/07*

Emanuel Brown,
  Appellant

v.

Wachovia Bank, et al.,
  Appellees

Filed On:

**RECEIVED**

**CHAMBERS OF JUDGE COLLYER**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUL - 6 2007

**CLERK**

## O R D E R

Upon consideration of the motion for leave to proceed on appeal in forma pauperis received from appellant on June 28, 2007, it is

**ORDERED**, on the court's own motion, that appellant's motion for leave to proceed on appeal in forma pauperis be referred to the United States District Court for the District of Columbia for consideration in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending resolution by the district court of appellant's motion.

The Clerk is directed to transmit a copy of this order, along with the **original of appellant's motion**, to the district court. The district court is directed to notify this court immediately upon disposition of appellant's motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY:  /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

Emanuel Brown/Appellant        USCA No. 07-5188

v.

Wachovia Bank/        USDC No. 06-153
Appellee

**MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

I, _____Emanuel Brown_____, declare that I am the
☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

The District Court should have reconsidered its dismissal order dated 5-10-07, due to the Defendants violations of Fed.R.Civ.P. 4(a), 8(a), 11(a), 12(a)(1)(A), and Fed.R.Crim.P. 18 U.S.C.§402. In addition, the district court abused its discretion when it denied the Appellant's Default motion under Fed.R.Civ.P. 55(b)(1) & (2).

Signature _____Emanuel Brown_____
Name of *Pro Se* Litigant (PRINT) _Emanuel Brown_
Address _FCI Schuylkill_
_P.O. Box 759  Minersville, Pa. 17954_

Submit original with a certificate of service to:

> Clerk
> U.S. Court of Appeals for the D.C. Circuit
> 333 Constitution Avenue, N.W.
> Rm. 5423, E. Barrett Prettyman U.S. Courthouse
> Washington, DC 20001

[USCADC Form 53 (Rev Jan 1997, Jan 2003)]        -3-

*Received, Mail Room, JUN 28 2007, United States Court of Appeals, District of Columbia Circuit*

*UNITED STATES COURT OF APPEALS DISTRICT OF COLUMBIA CIRCUIT — FILED JUN 28 2007 — CLERK*

# Affidavit Accompanying Motion for Leave
# to Proceed on Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Emanuel Brown/Appellant

Case No. 07-5188

v.

Wachovia Bank/Appellee

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Emanuel Brown         Date: _____

**My issues on appeal are:** The district court abused its discretion when it relied upon **28 U.S.C.§1915A** to dismiss the Appellant's Complaint against Defendants, former FBI Agent John M. Johnston, and Chairman of the Wachovia Bank, Kennedy Thompson:

The district court abused its discretion when it denied the Appellant's reconsideration motion under Fed.R.Civ.P. 59(e):

The district court abused its discretion when it did not sue sponte, sanction the Defendants, John M. Johnston, Kennedy Thompson and Wachovia Bank, for violations of Fed.R.Civ.P. 4(a), 8(a), 11(a), 12(a)(1)(A), 55(b)(1)-(2), and **18 U.S.C.§402.**

[USCADC Form 53a (Rev Jan 1997. Jan 2003)]                -4-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 55-65 | $ N/A | $ 55-65 | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A | $ N/A | $ N/A |
| Total monthly income: | $ 55-65 | $ N/A | $ 55-65 | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Unicor F.C.I. prison wages | P.o. Box 759 FCI Schuylkill in Unica Minersville, Pa. | Began working 3-4-04 | $55-65.00 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ N/A

[USCADC Form 53a (Rev Jan 1997, Jan 2003)]              -5-

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)          Other real estate (Value)      Motor vehicle # 1 ___N/A___ (Value)
___N/A___             ___N/A___                      Make & year: ___N/A___
___N/A___             ___N/A___                      Model: ___N/A___
___N/A___             ___N/A___                      Registration #. ___N/A___

Motor vehicle #2 ___N/A___ (Value)     Other Assets (Value)     Other Assets (Value)
Make & year ___N/A___                   ___N/A___                ___N/A___
Model ___N/A___                         ___N/A___                ___N/A___
Registration #: ___N/A___               ___N/A___                ___N/A___

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| The Wachovia Bank | $2,365.85 plus Interest | N/A |
|  |  | N/A |
|  |  | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
|   Homeowner's or renter's | $ N/A | $ N/A |
|   Life | $ N/A | $ N/A |
|   Health | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Other: _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Credit card (name): _____ | $ N/A | $ N/A |
|   Department store (name): _____ | $ N/A | $ N/A |
|   Other: _____ | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A |
| Total monthly expenses: | $ N/A | $ N/A |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]    -7-

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [X] No   If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $ _____N/A_____

If yes, state the attorney's name, address, and telephone number:
_____N/A_____
_____N/A_____
_____N/A_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $ _____N/A_____

If yes, state the person's name, address, and telephone number:
_____N/A_____
_____N/A_____
_____N/A_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.




13. State the address of your legal residence.
_____SCI Schuylkill_____
_____P O Box 759_____
_____Minersville, Pa. 17554_____

Your daytime phone number: (___) __N/A__
Your age: _59_   Your years of schooling: __G.E.D__.
Your social-security number: __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__

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]   -8-