UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMANUEL BROWN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WACHOVIA BANK,** *et al.*, )<br>)<br>)<br>**Defendants.** )<br>) | Civil Action No. 06-153 (RMC) |

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Reconsideration of the Court's Order dated May 10, 2007. For the reasons stated in the Court's Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's Motion for Reconsideration [Dkt. #42] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment against Defendants Johnston and Thompson [Dkt. #44] is **DENIED**; and it is

**FURTHER ORDERED** that all other pending motions are denied as moot. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

                                                                      _____/s/_____
                                                          ROSEMARY M. COLLYER
                                                          United States District Judge

DATE: August 3, 2007