Emanuel Brown
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

Ms. Nancy Mayer-Whittington/Clerk
U.S. District Court For The
District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001-2866.                September 7, 2007

RE: Amended Notice of Appeal
    D.C. 06-153 (RMC)/Appellate No. 07-5188

Dear Ms. Mayer-Whittington;

   Please be advised that on March 29, 2007, and 3-30-07, I filed a Fed.R.Civ.P. Rule 59(e) and 55(b) motion to the district court respectively.

On August 22, 2007, the district court denied both petitions. However, I am not sure if I need to file an <u>Amended Notice of Appeal</u>. If so, please construe this letter as an <u>Amended Notice of Appeal</u>.

I received a letter from Deputy Special Counsel, Ms. Nancy G. Dunn, dated 8-31-07, whereas she indicated that I <u>may</u> file an Amended Notice of Appeal. She also indicated that it <u>is</u> the Appellate Court's practice to issue a briefing order after the dispositive motions deadline has passed. The dispositive motion deadline was on 8-31-07.

On 8-31-07, the Federal Defendant's filed a <u>MOTION FOR SUMMARY AFFIRMANCE</u>. I will be responding to this <u>particular motion within the next couple of days</u>. In the meantime, if this letter is not a sufficient NOA, please send me the Court's official NOA form.
I thank you in advance for your time and future cooperation.

                                            Sincerely,
                                            Emanuel Brown
                                            Pro-Se/Plaintiff

                                            *Emanuel Brown* (signature)
                                            ―――――――――――
                                            Signature

**RECEIVED**

SEP 10 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I, Emanuel Brown, the Plaintiff, hereby certify that on this 7th day of September, 2007, a true and accurate copy of the Plaintiff's <u>Amended Notice of Appeal</u>, was served by first class mail, postage prepaid to:

Mr. Grady C. Frank Jr.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia. 22102.

Counsel For The Wachovia Bank & G. Kennedy Thompson/Chairman

Mr. Fred E. Haynes
Asst. U.S. Attorney
555 4th Street N.W. E-4110
Washington, D.C. 20530.

Counsel For The Federal Defendants

Respectfully Submitted
Emanuel Brown/Plaintiff
P.O. Box 759 #00594-158
Minersville, Pa. 17954.

*Emanuel Brown*
Signature