06-153 (RMC)

Emanuel Brown
F.C.I. Loretto
P.O. Box 1000
Loretto, Pa. 15940.

4-9-08

Ms. Nancy Mayer-Whittington
United States District Court
For The District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001-2866.

RE: Change of address:

Dear Ms. Mayer-Whittington;

Please be advised that I was transferred here to Loretto, Pa., and I would like for your office to forward all legal mail for Emanuel Brown, to the above address. I thank you in advance for your time and future cooperation.

Sincerely,
Emanuel Brown
Pro-Se Appellant

RECEIVED
APR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT