# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5188**  **September Term, 2007**

06cv00153

Filed On: February 26, 2008

[1100967]
Emanuel Brown,
        Appellant

v.

Wachovia Bank, et al.,
        Appellees



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY: Deputy Clerk
ATTACHED: __ Amending Order
               __ Opinion
               __ Order on Costs

    **BEFORE:**    Randolph, Tatel, and Garland, Circuit Judges

## ORDER

Upon consideration of the motion for appointment of counsel; and the order to show cause issued November 30, 2007, the responses thereto, and the reply, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the decision of the district court be affirmed. Appellant's claims against Kennedy Thompson and Wachovia Bank are barred by the statute of limitations. See Rotella v. Wood, 528 U.S. 549, 552-54 (2000). Furthermore, this court has discretion to consider the limitations issue whether or not it was timely raised by Thompson and Wachovia Bank. Cf. Acree v. Republic of Iraq, 370 F.3d 41, 58 (D.C. Cir. 2004); Macy v. Hopkins County School Bd. of Educ., 484 F.3d 357, 367 n.5 (6th Cir. 2007).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

                                                  **Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk